**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

**Eastern District of North Carolina**

Case number (*If known*): _____

Chapter you are filing under:
- ☑ Chapter 7
- ☐ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 13

☐ Check if this is an amended filing

# Official Form 101

# Voluntary Petition for Individuals Filing for Bankruptcy           **06/24**

The bankruptcy forms use *you* and *Debtor 1* to refer to a debtor filing alone. A married couple may file a bankruptcy case together—called a *joint* case—and in joint cases, these forms use *you* to ask for information from both debtors. For example, if a form asks, "Do you own a car," the answer would be *yes* if either debtor owns a car. When information is needed about the spouses separately, the form uses *Debtor 1* and *Debtor 2* to distinguish between them. In joint cases, one of the spouses must report information as *Debtor 1* and the other as *Debtor 2*. The same person must be *Debtor 1* in all of the forms.

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

## Part 1: Identify Yourself

| | About Debtor 1: | About Debtor 2 (Spouse Only in a Joint Case): |
|---|---|---|
| **1. Your full name** <br><br> Write the name that is on your government-issued picture identification (for example, your driver's license or passport). <br><br> Bring your picture identification to your meeting with the trustee. | **Casie** <br> First name <br> **Lorraine** <br> Middle name <br> **Hall** <br> Last name <br><br> Suffix (Sr., Jr, II, III) | First name <br> Middle name <br> Last name <br><br> Suffix (Sr., Jr, II, III) |
| **2. All other names you have used in the last 8 years** <br><br> Include your married or maiden names and any assumed, trade names and *doing business as* names. <br><br> Do NOT list the name of any separate legal entity such as a corporation, partnership, or LLC that is not filing this petition. | First name <br> Middle name <br> Last name <br> Business name (if applicable) <br> Business name (if applicable) | First name <br> Middle name <br> Last name <br> Business name (if applicable) <br> Business name (if applicable) |
| **3. Only the last 4 digits of your Social Security number or federal Individual Taxpayer Identification number (ITIN)** | xxx - xx - **4  4  0  1** <br> OR <br> **9**xx - xx - __ __ __ __ | xxx - xx - __ __ __ __ <br> OR <br> **9**xx - xx - __ __ __ __ |

Debtor 1    **Casie**      **Lorraine**      **Hall**          Case number *(if known)* _____

           First Name          Middle Name          Last Name

|  |  | **About Debtor 1:** | **About Debtor 2 (Spouse Only in a Joint Case):** |
|---|---|---|---|
| 4. | **Your Employer Identification Number (EIN), if any.** | __ __ - __ __ __ __ __ __ __ <br> EIN <br><br> __ __ - __ __ __ __ __ __ __ <br> EIN | __ __ - __ __ __ __ __ __ __ <br> EIN <br><br> __ __ - __ __ __ __ __ __ __ <br> EIN |

**5. Where you live**

**About Debtor 1:**

**3748 Lassiter Mill Rd**
Number      Street

_____

**Raleigh, NC 27609**
City          State    ZIP Code

**Wake**
County

**If your mailing address is different from the one above, fill it in here.** Note that the court will send any notices to you at this mailing address.

_____
Number      Street

_____
P.O. Box

_____
City          State    ZIP Code

**If Debtor 2 lives at a different address:**

_____
Number      Street

_____

_____
City          State    ZIP Code

_____
County

**If Debtor 2's mailing address is different from yours, fill it in here.** Note that the court will send any notices to you at this mailing address.

_____
Number      Street

_____
P.O. Box

_____
City          State    ZIP Code

**6. Why you are choosing *this district* to file for bankruptcy**

*Check one:*

☑ Over the last 180 days before filing this petition, I have lived in this district longer than in any other district.

☐ I have another reason. Explain.
(See 28 U.S.C. § 1408)

_____

_____

_____

*Check one:*

☐ Over the last 180 days before filing this petition, I have lived in this district longer than in any other district.

☐ I have another reason. Explain.
(See 28 U.S.C. § 1408)

_____

_____

_____

| Debtor 1 | **Casie** | **Lorraine** | **Hall** | | Case number *(if known)* _____ |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

| Part 2: | Tell the Court About Your Bankruptcy Case |
|---|---|

**7.   The chapter of the Bankruptcy Code you are choosing to file under**

*Check one.* (For a brief description of each, see *Notice Required by 11 U.S.C. § 342(b) for Individuals Filing for Bankruptcy* (Form 2010)). Also, go to the top of page 1 and check the appropriate box.

- ☑ Chapter 7
- ☐ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 13

**8.   How you will pay the fee**

☑ **I will pay the entire fee when I file my petition.** Please check with the clerk's office in your local court for more details about how you may pay. Typically, if you are paying the fee yourself, you may pay with cash, cashier's check, or money order. If your attorney is submitting your payment on your behalf, your attorney may pay with a credit card or check with a pre-printed address.

☐ **I need to pay the fee in installments.** If you choose this option, sign and attach the *Application for Individuals to Pay The Filing Fee in Installments* (Official Form 103A).

☐ **I request that my fee be waived** (You may request this option only if you are filing for Chapter 7. By law, a judge may, but is not required to, waive your fee, and may do so only if your income is less than 150% of the official poverty line that applies to your family size and you are unable to pay the fee in installments). If you choose this option, you must fill out the *Application to Have the Chapter 7 Filing Fee Waived* (Official Form 103B) and file it with your petition.

**9.   Have you filed for bankruptcy within the last 8 years?**

☑ No.

☐ Yes.

| District | | When | | Case number | |
|---|---|---|---|---|---|
| | _____ | | _____ | | _____ |
| | | | MM / DD / YYYY | | |
| District | _____ | When | _____ | Case number | _____ |
| | | | MM / DD / YYYY | | |
| District | _____ | When | _____ | Case number | _____ |
| | | | MM / DD / YYYY | | |

**10.   Are any bankruptcy cases pending or being filed by a spouse who is not filing this case with you, or by a business partner, or by an affiliate?**

☐ No.

☑ Yes.

| Debtor | **Three Oaks Behavioral Health & Wellness, PLLC** | Relationship to you | **Debtor's Business** |
|---|---|---|---|
| District | **Eastern District of North Carolina** | When _____ MM / DD / YYYY | Case number, if known **26-01207-5-JNC** |
| Debtor | _____ | Relationship to you | _____ |
| District | _____ | When _____ MM / DD / YYYY | Case number, if known _____ |

**11.   Do you rent your residence?**

☐ No.   Go to line 12.

☑ Yes.   Has your landlord obtained an eviction judgment against you?

  ☑ No. Go to line 12.

  ☐ Yes. Fill out *Initial Statement About an Eviction Judgment Against You* (Form 101A) and file it as part of this bankruptcy petition.

| Debtor 1 | Casie | Lorraine | Hall | | Case number *(if known)* |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

## Part 3: Report About Any Businesses You Own as a Sole Proprietor

**12.** **Are you a sole proprietor of any full- or part-time business?**

A sole proprietorship is a business you operate as an individual, and is not a separate legal entity such as a corporation, partnership, or LLC.

If you have more than one sole proprietorship, use a separate sheet and attach it to this petition.

☑ No. Go to Part 4.

☐ Yes. Name and location of business

_____
Name of business, if any

_____
Number        Street

_____

_____  _____  _____
City                          State     ZIP Code

*Check the appropriate box to describe your business:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ None of the above

**13.** **Are you filing under Chapter 11 of the Bankruptcy Code, and are you a *small business debtor*?**

For a definition of *small business debtor*, see 11 U.S.C. § 101(51D).

*If you are filing under Chapter 11, the court must know whether you are a small business debtor so that it can set appropriate deadlines.* If you indicate that you are a small business debtor, you must attach your most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☑ No.      I am not filing under Chapter 11.

☐ No.      I am filing under Chapter 11, but I am NOT a small business debtor according to the definition in the Bankruptcy Code.

☐ Yes.     I am filing under Chapter 11, I am a small business debtor according to the definition in the Bankruptcy Code, and I do not choose to proceed under Subchapter V of Chapter 11.

☐ Yes.     I am filing under Chapter 11, I am a small business debtor according to the definition in the Bankruptcy Code, and I choose to proceed under Subchapter V of Chapter 11.

| Debtor 1 | **Casie** | **Lorraine** | **Hall** | Case number *(if known)* |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |

| Part 4: | Report if You Own or Have Any Hazardous Property or Any Property That Needs Immediate Attention |
|---|---|

**14.** **Do you own or have any property that poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety? Or do you own any property that needs immediate attention?**

*For example, do you own perishable goods, or livestock that must be fed, or a building that needs urgent repairs?*

☑ No.

☐ Yes. What is the hazard? _____

_____

_____

If immediate attention is needed, why is it needed?

_____

_____

_____

Where is the property? _____

Number        Street

_____

_____

City                State   ZIP Code

Debtor 1  **Casie        Lorraine        Hall**

First Name        Middle Name        Last Name

Case number *(if known)* _____

---

**Part 5:**   Explain Your Efforts to Receive a Briefing About Credit Counseling

**15. Tell the court whether you have received a briefing about credit counseling.**

The law requires that you receive a briefing about credit counseling before you file for bankruptcy. You must truthfully check one of the following choices. If you cannot do so, you are not eligible to file.

If you file anyway, the court can dismiss your case, you will lose whatever filing fee you paid, and your creditors can begin collection activities again.

**About Debtor 1:**

*You must check one:*

☑ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, and I received a certificate of completion.**

Attach a copy of the certificate and the payment plan, if any, that you developed with the agency.

☐ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, but I do not have a certificate of completion.**

Within 14 days after you file this bankruptcy petition, you MUST file a copy of the certificate and payment plan, if any.

☐ **I certify that I asked for credit counseling services from an approved agency, but was unable to obtain those services during the 7 days after I made my request, and exigent circumstances merit a 30-day temporary waiver of the requirement.**

To ask for a 30-day temporary waiver of the requirement, attach a separate sheet explaining what efforts you made to obtain the briefing, why you were unable to obtain it before you filed for bankruptcy, and what exigent circumstances required you to file this case.

Your case may be dismissed if the court is dissatisfied with your reasons for not receiving a briefing before you filed for bankruptcy.

If the court is satisfied with your reasons, you must still receive a briefing within 30 days after you file. You must file a certificate from the approved agency, along with a copy of the payment plan you developed, if any. If you do not do so, your case may be dismissed.

Any extension of the 30-day deadline is granted only for cause and is limited to a maximum of 15 days.

☐ **I am not required to receive a briefing about credit counseling because of:**

☐ **Incapacity.** I have a mental illness or a mental deficiency that makes me incapable of realizing or making rational decisions about finances.

☐ **Disability.** My physical disability causes me to be unable to participate in a briefing in person, by phone, or through the internet, even after I reasonably tried to do so.

☐ **Active duty.** I am currently on active military duty in a military combat zone.

If you believe you are not required to receive a briefing about credit counseling, you must file a motion for waiver of credit counseling with the court.

**About Debtor 2 (Spouse Only in a Joint Case):**

*You must check one:*

☐ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, and I received a certificate of completion.**

Attach a copy of the certificate and the payment plan, if any, that you developed with the agency.

☐ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, but I do not have a certificate of completion.**

Within 14 days after you file this bankruptcy petition, you MUST file a copy of the certificate and payment plan, if any.

☐ **I certify that I asked for credit counseling services from an approved agency, but was unable to obtain those services during the 7 days after I made my request, and exigent circumstances merit a 30-day temporary waiver of the requirement.**

To ask for a 30-day temporary waiver of the requirement, attach a separate sheet explaining what efforts you made to obtain the briefing, why you were unable to obtain it before you filed for bankruptcy, and what exigent circumstances required you to file this case.

Your case may be dismissed if the court is dissatisfied with your reasons for not receiving a briefing before you filed for bankruptcy.

If the court is satisfied with your reasons, you must still receive a briefing within 30 days after you file. You must file a certificate from the approved agency, along with a copy of the payment plan you developed, if any. If you do not do so, your case may be dismissed.

Any extension of the 30-day deadline is granted only for cause and is limited to a maximum of 15 days.

☐ **I am not required to receive a briefing about credit counseling because of:**

☐ **Incapacity.** I have a mental illness or a mental deficiency that makes me incapable of realizing or making rational decisions about finances.

☐ **Disability.** My physical disability causes me to be unable to participate in a briefing in person, by phone, or through the internet, even after I reasonably tried to do so.

☐ **Active duty.** I am currently on active military duty in a military combat zone.

If you believe you are not required to receive a briefing about credit counseling, you must file a motion for waiver of credit counseling with the court.

---

Debtor 1    **Casie**          **Lorraine**          **Hall**                    Case number *(if known)* _____
            First Name        Middle Name          Last Name

---

| Part 6: | Answer These Questions for Reporting Purposes |
|---|---|

**16. What kind of debts do you have?**

16a. **Are your debts primarily consumer debts?** *Consumer debts* are defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."

☑ No. Go to line 16b.
☐ Yes. Go to line 17.

16b. **Are your debts primarily business debts?** *Business debts* are debts that you incurred to obtain money for a business or investment or through the operation of the business or investment.

☐ No. Go to line 16c.
☑ Yes. Go to line 17.

16c. State the type of debts you owe that are not consumer debts or business debts.

_____

---

**17. Are you filing under Chapter 7?**

**Do you estimate that after any exempt property is excluded and administrative expenses are paid that funds will be available for distribution to unsecured creditors?**

☐ No.  I am not filing under Chapter 7. Go to line 18.

☑ Yes.  I am filing under Chapter 7. Do you estimate that after any exempt property is excluded and administrative expenses are paid that funds will be available to distribute to unsecured creditors?
☑ No
☐ Yes

---

**18. How many creditors do you estimate that you owe?**

☑ 1-49
☐ 50-99
☐ 100-199
☐ 200-999
☐ 1,000-5,000
☐ 5,001-10,000
☐ 10,001-25,000
☐ 25,001-50,000
☐ 50,000-100,000
☐ More than 100,000

---

**19. How much do you estimate your assets to be worth?**

☐ $0-$50,000
☐ $50,001-$100,000
☑ $100,001-$500,000
☐ $500,001-$1 million
☐ $1,000,001-$10 million
☐ $10,000,001-$50 million
☐ $50,000,001-$100 million
☐ $100,000,001-$500 million
☐ $500,000,001-$1 billion
☐ $1,000,000,001-$10 billion
☐ $10,000,000,001-$50 billion
☐ More than $50 billion

---

**20. How much do you estimate your liabilities to be?**

☐ $0-$50,000
☐ $50,001-$100,000
☐ $100,001-$500,000
☐ $500,001-$1 million
☑ $1,000,001-$10 million
☐ $10,000,001-$50 million
☐ $50,000,001-$100 million
☐ $100,000,001-$500 million
☐ $500,000,001-$1 billion
☐ $1,000,000,001-$10 billion
☐ $10,000,000,001-$50 billion
☐ More than $50 billion

---

| Part 7: | Sign Below |
|---|---|

**For you**

I have examined this petition, and I declare under penalty of perjury that the information provided is true and correct.

If I have chosen to file under Chapter 7, I am aware that I may proceed, if eligible, under Chapter 7, 11,12, or 13 of title 11, United States Code. I understand the relief available under each chapter, and I choose to proceed under Chapter 7.

If no attorney represents me and I did not pay or agree to pay someone who is not an attorney to help me fill out this document, I have obtained and read the notice required by 11 U.S.C. § 342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I understand making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**X** **/s/ Casie Lorraine Hall** _____
Casie Lorraine Hall, Debtor 1

Executed on **06/01/2026** _____
MM/  DD/  YYYY

---

| Debtor 1 | **Casie** | **Lorraine** | **Hall** | Case number *(if known)* _____ |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |

**For your attorney, if you are represented by one**

**If you are not represented by an attorney, you do not need to file this page.**

I, the attorney for the debtor(s) named in this petition, declare that I have informed the debtor(s) about eligibility to proceed under Chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each chapter for which the person is eligible. I also certify that I have delivered to the debtor(s) the notice required by 11 U.S.C. § 342(b) and, in a case in which § 707(b)(4)(D) applies, certify that I have no knowledge after an inquiry that the information in the schedules filed with the petition is incorrect.

**X** **/s/ William P. Janvier**      Date **06/01/2026**

Signature of Attorney for Debtor      MM / DD / YYYY

**William P. Janvier**
Printed name

**Stevens Martin Vaughn & Tadych, PLLC**
Firm name

**2225 W Millbrook Road**
Number    Street

**Raleigh**      **NC**   **27612**
City      State   ZIP Code

Contact phone **(919) 582-2300**      Email address **wjanvier@smvt.com**

**21136**      **NC**
Bar number      State

Fill in this information to identify your case:

| | | | |
|---|---|---|---|
| Debtor 1 | **Casie** | **Lorraine** | **Hall** |
| | First Name | Middle Name | Last Name |
| Debtor 2 (Spouse, if filing) | | | |
| | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: **Eastern District of North Carolina**

Case number (if known) _____

☐ Check if this is an amended filing

## Official Form 106Sum

# Summary of Your Assets and Liabilities and Certain Statistical Information

**12/15**

**Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. Fill out all of your schedules first; then complete the information on this form. If you are filing amended schedules after you file your original forms, you must fill out a new *Summary* and check the box at the top of this page.**

### Part 1: Summarize Your Assets

|  | **Your assets** Value of what you own |
|---|---|
| 1. ***Schedule A/B: Property*** (Official Form 106A/B) | |
| 1a. Copy line 55, Total real estate, from *Schedule A/B*.................................................................... | **$0.00** |
| 1b. Copy line 62, Total personal property, from *Schedule A/B*......................................................... | **$296,313.57** |
| 1c. Copy line 63, Total of all property on *Schedule A/B*.................................................................. | **$296,313.57** |

### Part 2: Summarize Your Liabilities

|  | **Your liabilities** Amount you owe |
|---|---|
| 2. *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 106D) | |
| 2a. Copy the total you listed in Column A, *Amount of claim*, at the bottom of the last page of Part 1 of *Schedule D*....... | **$43,175.00** |
| 3. *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 106E/F) | |
| 3a. Copy the total claims from Part 1 (priority unsecured claims) from line 6e of *Schedule E/F*.................................... | **$0.00** |
| 3b. Copy the total claims from Part 2 (nonpriority unsecured claims) from line 6j of *Schedule E/F*................................ | + **$1,731,768.06** |
| **Your total liabilities** | **$1,774,943.06** |

### Part 3: Summarize Your Income and Expenses

|  |  |
|---|---|
| 4. *Schedule I: Your Income* (Official Form 106I) | |
| Copy your combined monthly income from line 12 of *Schedule I*............................................................. | **$8,515.30** |
| 5. *Schedule J: Your Expenses* (Official Form 106J) | |
| Copy your monthly expenses from line 22c of *Schedule J*.................................................................... | **$7,721.77** |

Debtor 1  **Casie**          **Lorraine**          **Hall**                              Case number *(if known)* _____
          First Name          Middle Name          Last Name

| Part 4: | Answer These Questions for Administrative and Statistical Records |

6. **Are you filing for bankruptcy under Chapters 7, 11, or 13?**
   - ☐ No. You have nothing to report on this part of the form. Check this box and submit this form to the court with your other schedules.
   - ☑ Yes

7. **What kind of debt do you have?**
   - ☐ **Your debts are primarily consumer debts.** *Consumer debts* are those "incurred by an individual primarily for a personal, family, or household purpose." 11 U.S.C. § 101(8). Fill out lines 8-9g for statistical purposes. 28 U.S.C. § 159.
   - ☑ **Your debts are not primarily consumer debts.** You have nothing to report on this part of the form. Check this box and submit this form to the court with your other schedules.

8. **From the *Statement of Your Current Monthly Income*:** Copy your total current monthly income from Official Form 122A-1 Line 11; **OR**, Form 122B Line 11; **OR**, Form 122C-1 Line 14.   _____

9. **Copy the following special categories of claims from Part 4, line 6 of Schedule E/F:**

|  | Total claim |
|---|---|
| **From Part 4 on Schedule E/F, copy the following:** |  |
| 9a. Domestic support obligations (Copy line 6a.) | _____ |
| 9b. Taxes and certain other debts you owe the government. (Copy line 6b.) | _____ |
| 9c. Claims for death or personal injury while you were intoxicated. (Copy line 6c.) | _____ |
| 9d. Student loans. (Copy line 6f.) | _____ |
| 9e. Obligations arising out of a separation agreement or divorce that you did not report as priority claims. (Copy line 6g.) | _____ |
| 9f. Debts to pension or profit-sharing plans, and other similar debts. (Copy line 6h.) | + _____ |
| 9g. **Total.** Add lines 9a through 9f. | _____ |

Fill in this information to identify your case and this filing:

Debtor 1    **Casie**           **Lorraine**        **Hall**
             First Name          Middle Name         Last Name

Debtor 2
(Spouse, if filing)   First Name   Middle Name   Last Name

United States Bankruptcy Court for the: _____**Eastern**_____   District of **North Carolina**

Case number

☐ Check if this is an
amended filing

## Official Form 106A/B

# Schedule A/B: Property

12/15

**In each category, separately list and describe items. List an asset only once. If an asset fits in more than one category, list the asset in the category where you think it fits best. Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.**

### Part 1:   Describe Each Residence, Building, Land, or Other Real Estate You Own or Have an Interest In

1. **Do you own or have any legal or equitable interest in any residence, building, land, or similar property?**

   ☑ No. Go to Part 2.

   ☐ Yes. Where is the property?

   1.1  _____
        Street address, if available, or other description

        _____

        _____
        City       State      ZIP Code

        _____
        County

   **What is the property?** Check all that apply.

   ☐ Single-family home
   ☐ Duplex or multi-unit building
   ☐ Condominium or cooperative
   ☐ Manufactured or mobile home
   ☐ Land
   ☐ Investment property
   ☐ Timeshare
   ☐ Other _____

   **Who has an interest in the property?** Check one.

   ☐ Debtor 1 only
   ☐ Debtor 2 only
   ☐ Debtor 1 and Debtor 2 only
   ☐ At least one of the debtors and another

   **Other information you wish to add about this item, such as local property identification number:** _____

   Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

   **Current value of the entire property?**   **Current value of the portion you own?**

   _____   _____

   **Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.**

   _____

   ☐ **Check if this is community property**
   (see instructions)

2. **Add the dollar value of the portion you own for all of your entries from Part 1, including any entries for pages you have attached for Part 1. Write that number here** .................................................................... ➜   | **$0.00** |

### Part 2:   Describe Your Vehicles

**Do you own, lease, or have legal or equitable interest in any vehicles, whether they are registered or not?** Include any vehicles you own that someone else drives. If you lease a vehicle, also report it on *Schedule G: Executory Contracts and Unexpired Leases.*

3. **Cars, vans, trucks, tractors, sport utility vehicles, motorcycles**

   ☐ No
   ☑ Yes

Debtor **Hall, Casie Lorraine** _____  Case number *(if known)* _____

| 3.1 | | | |
|---|---|---|---|

**3.1**

| | | |
|---|---|---|
| Make: | **Toyota** | |
| Model: | **Sienna** | |
| Year: | **2025** | |
| Approximate mileage: | **6,700** | |
| Other information: | | |

**Who has an interest in the property?** Check one.
- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

☐ **Check if this is community property** (see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| $41,250.00 | $41,250.00 |

4. **Watercraft, aircraft, motor homes, ATVs and other recreational vehicles, other vehicles, and accessories**

   *Examples:* Boats, trailers, motors, personal watercraft, fishing vessels, snowmobiles, motorcycle accessories

   ☑ No
   ☐ Yes

**4.1**

| | | |
|---|---|---|
| Make: | | |
| Model: | | |
| Year: | | |
| Other information: | | |

**Who has an interest in the property?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

☐ **Check if this is community property** (see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| | |

5. **Add the dollar value of the portion you own for all of your entries from Part 2, including any entries for pages you have attached for Part 2. Write that number here** ...................................................................................... → | $41,250.00 |

| Part 3: | Describe Your Personal and Household Items |
|---|---|

| Do you own or have any legal or equitable interest in any of the following items? | Current value of the portion you own? Do not deduct secured claims or exemptions. |
|---|---|

6. **Household goods and furnishings**

   *Examples:* Major appliances, furniture, linens, china, kitchenware

   ☐ No
   ☑ Yes. Describe. .........

   **Small kitchen appliances: $100**
   **China: $50**
   **Living room furniture: $500**
   **Den furniture: $200**
   **Bedroom furniture: $500**
   **Dining room furniture: $400**
   **Lawn furniture: $100**
   **Other household goods: $500**
   **Vacuum: $75.00**
   **Recreation equipment: $150**
   **Other personal items: $250**

   $2,825.00

Debtor   **Hall, Casie Lorraine** _____     Case number *(if known)* _____

---

7.  **Electronics**

   *Examples:*  Televisions and radios; audio, video, stereo, and digital equipment; computers, printers, scanners; music collections; electronic devices including cell phones, cameras, media players, games

   ☐ No

   ☑ Yes. Describe. .........

   | TV(s): $50<br>Computer accessories: $400<br>iPhone: $500 | $950.00 |

8.  **Collectibles of value**

   *Examples:*  Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; stamp, coin, or baseball card collections; other collections, memorabilia, collectibles

   ☐ No

   ☑ Yes. Describe. .........

   | Books: $250<br>Paintings & art objects: $100 | $350.00 |

9.  **Equipment for sports and hobbies**

   *Examples:*  Sports, photographic, exercise, and other hobby equipment; bicycles, pool tables, golf clubs, skis; canoes and kayaks; carpentry tools; musical instruments

   ☐ No

   ☑ Yes. Describe. .........

   | Misc exercise equipment | $100.00 |

10.  **Firearms**

   *Examples:*  Pistols, rifles, shotguns, ammunition, and related equipment

   ☑ No

   ☐ Yes. Describe. .........

11.  **Clothes**

   *Examples:*  Everyday clothes, furs, leather coats, designer wear, shoes, accessories

   ☐ No

   ☑ Yes. Describe. .........

   | Clothing | $750.00 |

12.  **Jewelry**

   *Examples:*  Everyday jewelry, costume jewelry, engagement rings, wedding rings, heirloom jewelry, watches, gems, gold, silver

   ☐ No

   ☑ Yes. Describe. .........

   | Jewelry | $2,500.00 |

13.  **Non-farm animals**

   *Examples:*  Dogs, cats, birds, horses

   ☐ No

   ☑ Yes. Describe. .........

   | Dog | $0.00 |

---

Debtor  **Hall, Casie Lorraine**                                              Case number *(if known)* _____

---

14. **Any other personal and household items you did not already list, including any health aids you did not list**

☑ No

☐ Yes. Give specific
  information. ............

15. **Add the dollar value of all of your entries from Part 3, including any entries for pages you have attached**
    **for Part 3. Write that number here** ...................................................................................... ➔    **$7,475.00**

| Part 4: | Describe Your Financial Assets |
|---|---|

| Do you own or have any legal or equitable interest in any of the following? | Current value of the portion you own? Do not deduct secured claims or exemptions. |
|---|---|

16. **Cash**

   *Examples:*  Money you have in your wallet, in your home, in a safe deposit box, and on hand when you file your petition

   ☐ No
   ☑ Yes .................................................................................................... Cash: ..................    **$60.00**

17. **Deposits of money**

   *Examples:*  Checking, savings, or other financial accounts; certificates of deposit; shares in credit unions, brokerage houses,
                 and other similar institutions. If you have multiple accounts with the same institution, list each.

   ☐ No
   ☑ Yes .....................          Institution name:

                                        **Fidelity Bank**
                                        **Account Number: 3950**                                     **$21,506.57**
         17.1. Checking account:

                                        **Fidelity Bank**
                                        **Account Number: 3774**                                         **$22.00**
         17.2. Savings account:

18. **Bonds, mutual funds, or publicly traded stocks**

   *Examples:*  Bond funds, investment accounts with brokerage firms, money market accounts

   ☑ No
   ☐ Yes .....................          Institution or issuer name:

19. **Non-publicly traded stock and interests in incorporated and unincorporated businesses, including an interest in an**
    **LLC, partnership, and joint venture**

   ☐ No
   ☑ Yes. Give specific
     information about
     them....................      Name of entity:                                    % of ownership:

                                    **Three Oaks Behavioral Health & Wellness, PLLC (currently**      **100.00%**
                                    **in active Ch. 11 case no. 26-01207-5-JNC; see schedules on**                **unknown**
                                    **case docket for list of assets/liabilities)**

---

Debtor **Hall, Casie Lorraine**                    Case number *(if known)*

---

20. **Government and corporate bonds and other negotiable and non-negotiable instruments**

    *Negotiable instruments* include personal checks, cashiers' checks, promissory notes, and money orders.
    *Non-negotiable instruments* are those you cannot transfer to someone by signing or delivering them.

    ☑ No

    ☐ Yes. Give specific
    information about
    them................... Issuer name:

21. **Retirement or pension accounts**

    *Examples:*  Interests in IRA, ERISA, Keogh, 401(k), 403(b), thrift savings accounts, or other pension or profit-sharing plans

    ☐ No

    ☑ Yes. List each
    account separately.   Type of account:        Institution name:

    401(k) or similar plan:   **Vestwell**                                    **$33,000.00**

22. **Security deposits and prepayments**

    Your share of all unused deposits you have made so that you may continue service or use from a company

    *Examples:*  Agreements with landlords, prepaid rent, public utilities (electric, gas, water), telecommunications companies, or
    others

    ☑ No

    ☐ Yes .....................   Institution name or individual:

    Electric:

    Gas:

    Heating oil:

    Security deposit on rental unit:

    Prepaid rent:

    Telephone:

    Water:

    Rented furniture:

    Other:

23. **Annuities** (A contract for a periodic payment of money to you, either for life or for a number of years)

    ☑ No

    ☐ Yes .....................   Issuer name and description:

---

Official Form 106A/B                    **Schedule A/B: Property**                    page **5**

Debtor   **Hall, Casie Lorraine**                                      Case number *(if known)* _____

---

24. **Interests in an education IRA, in an account in a qualified ABLE program, or under a qualified state tuition program.**

    26 U.S.C. §§ 530(b)(1), 529A(b), and 529(b)(1).

    ☑ No

    ❏ Yes ..................... Institution name and description. Separately file the records of any interests. 11 U.S.C. § 521(c):

    _____   _____

    _____   _____

    _____   _____

25. **Trusts, equitable or future interests in property (other than anything listed in line 1), and rights or powers exercisable for your benefit**

    ☑ No

    ❏ Yes. Give specific information about them. ...    _____

26. **Patents, copyrights, trademarks, trade secrets, and other intellectual property**

    *Examples:* Internet domain names, websites, proceeds from royalties and licensing agreements

    ☑ No

    ❏ Yes. Give specific information about them. ...    _____

27. **Licenses, franchises, and other general intangibles**

    *Examples:* Building permits, exclusive licenses, cooperative association holdings, liquor licenses, professional licenses

    ☑ No

    ❏ Yes. Give specific information about them. ...    _____

| Money or property owed to you? | Current value of the portion you own? Do not deduct secured claims or exemptions. |
|---|---|

28. **Tax refunds owed to you**

    ❏ No

    ☑ Yes. Give specific information about them, including whether you already filed the returns and the tax years. ...................

    | Estimated joint 2025 tax refund | Federal: | $1,000.00 |
    |---|---|---|
    | | State: | |
    | | Local: | |

29. **Family support**

    *Examples:* Past due or lump sum alimony, spousal support, child support, maintenance, divorce settlement, property settlement

---

Debtor  **Hall, Casie Lorraine**                                    Case number *(if known)*

☑ No

☐ Yes. Give specific information. ........

| | |
|---|---|
| Alimony: | |
| Maintenance: | |
| Support: | |
| Divorce settlement: | |
| Property settlement: | |

30. **Other amounts someone owes you**

*Examples:* Unpaid wages, disability insurance payments, disability benefits, sick pay, vacation pay, workers' compensation, Social Security benefits; unpaid loans you made to someone else

☑ No

☐ Yes. Give specific information. ........

31. **Interests in insurance policies**

*Examples:* Health, disability, or life insurance; health savings account (HSA); credit, homeowner's, or renter's insurance

☐ No

☑ Yes. Name the insurance company of each policy and list its value. ...

| Company name: | Beneficiary: | Surrender or refund value: |
|---|---|---|
| **Northwestern Mutual term life insurance** | **Debtor's children** | **$0.00** |
| **Northwestern Mutual term life insurance** | **Debtor's children** | **$0.00** |
| **Northwestern Mutual whole life insurance** | **Debtor's children** | **$192,000.00** |

32. **Any interest in property that is due you from someone who has died**

If you are the beneficiary of a living trust, expect proceeds from a life insurance policy, or are currently entitled to receive property because someone has died.

☑ No

☐ Yes. Give specific information. ........

33. **Claims against third parties, whether or not you have filed a lawsuit or made a demand for payment**

*Examples:* Accidents, employment disputes, insurance claims, or rights to sue

☑ No

☐ Yes. Describe each claim. ..............

34. **Other contingent and unliquidated claims of every nature, including counterclaims of the debtor and rights to set off claims**

☑ No

☐ Yes. Describe each claim. ..............

Debtor    **Hall, Casie Lorraine** _____    Case number *(if known)* _____

---

35.   **Any financial assets you did not already list**

☑ No

☐ Yes. Give specific information. ........

36.   **Add the dollar value of all of your entries from Part 4, including any entries for pages you have attached for Part 4. Write that number here** ......................................................................................... ➜    **$247,588.57**

| Part 5: | Describe Any Business-Related Property You Own or Have an Interest In. List any real estate in Part 1. |
|---|---|

37.   **Do you own or have any legal or equitable interest in any business-related property?**

☑ No. Go to Part 6.

☐ Yes. Go to line 38.

**Current value of the portion you own?**
Do not deduct secured claims or exemptions.

38.   **Accounts receivable or commissions you already earned**

☑ No

☐ Yes. Describe. .........

39.   **Office equipment, furnishings, and supplies**

*Examples:*   Business-related computers, software, modems, printers, copiers, fax machines, rugs, telephones, desks, chairs, electronic devices

☑ No

☐ Yes. Describe. .........

40.   **Machinery, fixtures, equipment, supplies you use in business, and tools of your trade**

☑ No

☐ Yes. Describe. .........

41.   **Inventory**

☑ No

☐ Yes. Describe. .........

42.   **Interests in partnerships or joint ventures**

☑ No

☐ Yes. Describe .......

Name of entity:                                                                    % of ownership:

_____          _____          _____

_____          _____          _____

_____          _____          _____

---

Official Form 106A/B                              **Schedule A/B: Property**                                    page **8**

Debtor **Hall, Casie Lorraine**                                          Case number *(if known)* _____

---

43. **Customer lists, mailing lists, or other compilations**

    ☑ No

    ☐ Yes. **Do your lists include personally identifiable information** (as defined in 11 U.S.C. § 101(41A))**?**

        ☐ No

        ☐ Yes. Describe. .........

        _____

44. **Any business-related property you did not already list**

    ☑ No

    ☐ Yes. Give specific
        information .........

        _____

45. **Add the dollar value of all of your entries from Part 5, including any entries for pages you have attached for Part 5. Write that number here** ................................................................................... ➡ | **$0.00** |

---

| Part 6: | Describe Any Farm- and Commercial Fishing-Related Property You Own or Have an Interest In. |
| --- | --- |
| | **If you own or have an interest in farmland, list it in Part 1.** |

46. **Do you own or have any legal or equitable interest in any farm- or commercial fishing-related property?**

    ☑ No. Go to Part 7.

    ☐ Yes. Go to line 47.

> **Current value of the portion you own?**
> Do not deduct secured claims or exemptions.

47. **Farm animals**

    *Examples:*  Livestock, poultry, farm-raised fish

    ☑ No

    ☐ Yes ........................

    _____

48. **Crops—either growing or harvested**

    ☑ No

    ☐ Yes. Give specific
        information. ............

    _____

---

Debtor  **Hall, Casie Lorraine**                     Case number *(if known)* _____

---

49. **Farm and fishing equipment, implements, machinery, fixtures, and tools of trade**

    ☑ No
    ☐ Yes ........................     [                    ]     _____

50. **Farm and fishing supplies, chemicals, and feed**

    ☑ No
    ☐ Yes ........................     [                    ]     _____

51. **Any farm- and commercial fishing-related property you did not already list**

    ☑ No
    ☐ Yes. Give specific
      information. ............     [                    ]     _____

52. **Add the dollar value of all of your entries from Part 6, including any entries for pages you have attached for Part 6. Write that number here** ................................................................➔     |____$0.00|

| Part 7: | Describe All Property You Own or Have an Interest in That You Did Not List Above |

53. **Do you have other property of any kind you did not already list?**

    *Examples:*  Season tickets, country club membership

    ☑ No
    ☐ Yes. Give specific
      information. ............     [                    ]     _____
                                                                _____
                                                                _____

54. **Add the dollar value of all of your entries from Part 7. Write that number here** ....................................➔     |____$0.00|

| Part 8: | List the Totals of Each Part of this Form |

55. **Part 1: Total real estate, line 2** ..................................................................................................➔     |____$0.00|

56. **Part 2: Total vehicles, line 5**                     $41,250.00

57. **Part 3: Total personal and household items, line 15**         $7,475.00

58. **Part 4: Total financial assets, line 36**              $247,588.57

59. **Part 5: Total business-related property, line 45**         $0.00

60. **Part 6: Total farm- and fishing-related property, line 52**     $0.00

61. **Part 7: Total other property not listed, line 54**     +     $0.00

62. **Total personal property.** Add lines 56 through 61. ...............     $296,313.57     Copy personal property total ➔   +   $296,313.57

---

Official Form 106A/B                     **Schedule A/B: Property**                     page **10**

Debtor   **Hall, Casie Lorraine**                                          Case number *(if known)*

---

63.   **Total of all property on Schedule A/B.** Add line 55 + line 62. ....................................................................................   | **$296,313.57** |

Rev. 9/2025

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NORTH CAROLINA
RALEIGH DIVISION

IN THE MATTER OF:                                                        CASE NUMBER:

     Hall, Casie Lorraine


     Debtor(s)


## SCHEDULE C-1 - PROPERTY CLAIMED AS EXEMPT

I, ___Casie Lorraine  Hall___, claim the following property as exempt pursuant to 11 U.S.C. § 522 and the laws of the State of North Carolina, and nonbankruptcy Federal law: **(Attach additional sheets if necessary)**.

1. NCGS 1C-1601(a)(1) (NC Const., Article X, Section 2) REAL OR PERSONAL PROPERTY USED AS A RESIDENCE OR BURIAL PLOT (The exemption is not to exceed $35,000; however, an unmarried debtor who is 65 years of age or older is entitled to retain an aggregate interest in the property not to exceed $60,000 in value so long as the property was previously owned by the debtor as a tenant by the entireties or as a joint tenant with rights of survivorship and the former co-owner of the property is deceased, in which case the debtor must specify his/her age and the name of the former co-owner, if a child use initials only, of the property below).

| Description of Property and Address | Market Value | Owner (D1)Debtor 1 (D2)Debtor 2 (J)Joint | Mortgage Holder or Lien Holder | Amount of Mortgage or Lien | Net Value | Value Claimed as Exempt Pursuant to NCGS 1C-1601(a)(1) |
|---|---|---|---|---|---|---|
| | | | | | | |

Debtor's Age: _____

Name of former co-owner: _____

**VALUE OF REAL ESTATE CLAIMED AS EXEMPT PURSUANT TO NCGS 1C-1601(a)(1): $** _____0.00

2. NCGS 1C-1601(a)(3) MOTOR VEHICLE (The exemption in one vehicle is not to exceed $3,500).

| Model, Year Style of Auto | Market Value | Owner (D1)Debtor 1 (D2)Debtor 2 (J)Joint | Lien Holder | Amount of Lien | Net Value | Value Claimed as Exempt Pursuant to NCGS 1C-1601(a)(3) |
|---|---|---|---|---|---|---|
| 2025 Toyota Sienna | $41,250.00 | D1 | Coastal Federal Credit Union | $43,175.00 | $0.00 | $3,500.00 |

**VALUE OF MOTOR VEHICLE CLAIMED AS EXEMPT PURSUANT TO NCGS1C-1601(a)(3): $** _____3,500.00

3. NCGS 1C-1601(a)(4) (NC Const., Article X, Section 1) PERSONAL OR HOUSEHOLD GOODS (The debtor's aggregate interest is not to exceed $5,000 plus $1,000 for each dependent of the debtor, not to exceed $4,000 total for dependents). The number of dependents for exemption purposes is ___3___ .

| Description of Property | Market Value | Owner (D1)Debtor 1 (D2)Debtor 2 (J)Joint | Lien Holder | Amount of Lien | Net Value | Claimed as Exempt Pursuant to NCGS 1C-1601(a)(4) |
|---|---|---|---|---|---|---|
| Small kitchen appliances: $100 China: $50 Living room furniture: $500 Den furniture: $200 Bedroom furniture: $500 Dining room furniture: $400 Lawn furniture: $100 Other household goods: $500 Vacuum: $75.00 Recreation equipment: $150 Other personal items: $250 | $2,825.00 | D1 | | | $2,825.00 | $2,825.00 |

Schedule C-1 - Property Claimed as Exempt - 9/2025

| Description of Property | Market Value | Owner (D1)Debtor 1 (D2)Debtor 2 (J)Joint | Lien Holder | Amount of Lien | Net Value | Claimed as Exempt Pursuant to NCGS 1C-1601(a)(4) |
|---|---|---|---|---|---|---|
| TV(s): $50 Computer accessories: $400 iPhone: $500 | $950.00 | D1 | | | $950.00 | $950.00 |
| Books: $250 Paintings & art objects: $100 | $350.00 | D1 | | | $350.00 | $350.00 |
| Clothing | $750.00 | D1 | | | $750.00 | $750.00 |
| Jewelry | $2,500.00 | D1 | | | $2,500.00 | $2,500.00 |
| Misc exercise equipment | $100.00 | D1 | | | $100.00 | $100.00 |

**VALUE CLAIMED AS EXEMPT PURSUANT TO NCGS 1C-1601(a)(4) : $** 7,475.00

4. NCGS 1C-1601(a)(5) TOOLS OF TRADE (The debtor's aggregate interest is not to exceed $2,000 in value).

| Description | Market Value | Owner (D1)Debtor 1 (D2)Debtor 2 (J)Joint | Lien Holder | Amount of Lien | Net Value | Value Claimed as Exempt Pursuant to NCGS 1C-1601(a)(5) |
|---|---|---|---|---|---|---|
| | | | | | | |

**VALUE CLAIMED AS EXEMPT PURSUANT TO NCGS-1C-1601(a)(5): $** 0.00

5. NCGS 1C-1601(a)(6) LIFE INSURANCE (NC Const., Article X, Section 5)

| Description | Insured | Last Four Digits of Policy Number | Beneficiary (if child, initials only) | Cash Value |
|---|---|---|---|---|
| Northwestern Mutual whole life insurance | No | | Debtor's children | $192,000.00 |
| Northwestern Mutual term life insurance | No | | Debtor's children | $0.00 |
| Northwestern Mutual term life insurance | No | | Debtor's children | $0.00 |

6. NCGS 1C-1601(a)(7) PROFESSIONALLY PRESCRIBED HEALTH AIDS (For Debtor or Debtor's Dependents, no limit on value).

| Description |
|---|
| |

7. NCGS 1C-1601(a)(8) COMPENSATION FOR PERSONAL INJURY, INCLUDING COMPENSATION FROM PRIVATE DISABILITY POLICIES OR ANNUITIES, OR COMPENSATION FOR DEATH OF A PERSON UPON WHOM THE DEBTOR WAS DEPENDENT FOR SUPPORT. COMPENSATION NOT EXEMPT FROM RELATED LEGAL, HEALTH OR FUNERAL EXPENSE.

| Description / | Source of Compensation, Including Name (If child, initials only) & Last Four Digits of Account Number of any Disability Policy/Annuity |
|---|---|
| | |

8. NCGS 1C-1601(a)(2) ANY PROPERTY [Debtor's aggregate interest in any property is not to exceed $5,000 in value of any unused exemption amount to which the debtor is entitled under NCGS 1C-1601(a)(1)].

| Description of Property and Address | Market Value | Owner (D1)Debtor 1 (D2)Debtor 2 (J)Joint | Lien Holder | Amount of Lien | Net Value | Value Claimed as Exempt Pursuant to NCGS 1C-1601(a)(2) |
|---|---|---|---|---|---|---|
| Fidelity Bank Checking account Acct. No.: 3950 | $21,506.57 | D1 | | | $21,506.57 | $4,000.00 |
| Estimated joint 2025 tax refund Federal tax | $2,000.00 | J | | | $2,000.00 | $1,000.00 |

**VALUE CLAIMED AS EXEMPT PURSUANT TO NCGS 1C-1601(a)(2) : $          5,000.00**

9. NCGS 1C-1601(a)(9) and 11 U.S.C. § 522 INDIVIDUAL RETIREMENT PLANS & RETIREMENT FUNDS, as defined in the Internal Revenue Code, and any plan treated in the same manner as an individual retirement plan, including individual retirement accounts and Roth retirement accounts as described in §§ 408(a) and 408A of the Internal Revenue Code, individual retirement annuities as described in § 408(b) of the Internal Revenue Code, accounts established as part of a trust described in § 408(c) of the Internal Revenue Code, and funds in an account exempt from taxation under § 401, 403, 408, 408A, 414, 457, or 510(a) of the Internal Revenue Code. For purposes of this subdivision, "Internal Revenue Code" means Code as defined in G.S. 105-228.90.

| Type of Account | Location of Account / Last Four Digits of Account Number |
|---|---|
| | |

10. NCGS 1C-1601.5 FUNDS IN A COLLEGE SAVINGS PLAN, as qualified under § 529 of the Internal Revenue Code, and that are not otherwise excluded from the estate pursuant to 11 U.S.C. §§ 541(b)(5)-(6). The exemption applies to funds for a child of the debtor that will actually be used for the child's college or university expenses.

| College Savings Plan / Last Four Digits of Account Number / Initials of Child Beneficiary | Value |
|---|---|
| | |

11. NCGS 1C-1601(a)(11) RETIREMENT BENEFITS UNDER THE RETIREMENT PLANS OF OTHER STATES AND GOVERNMENTAL UNITS OF OTHER STATES (The debtor's interest is exempt only to the extent that these benefits are exempt under the laws of the state or governmental unit under which the benefit plan is established).

| Name of Retirement Plan | State Governmental Unit / Last Four Digits of Identifying Number |
|---|---|
| | |

12. NCGS 1C-1601(a)(12) ALIMONY, SUPPORT, SEPARATE MAINTENANCE, AND CHILD SUPPORT PAYMENTS OR FUNDS THAT HAVE BEEN RECEIVED OR TO WHICH THE DEBTOR IS ENTITLED (The debtor's interest is exempt to the extent the payments or funds are reasonably necessary for the support of the debtor or any dependent of the debtor).

| Type of Support | Amount | Location of Funds |
|---|---|---|
| | | |

13. TENANCY BY THE ENTIRETY. The following property is claimed as exempt pursuant to 11 U.S.C. § 522 and the law of the State of North Carolina pertaining to property held as tenants by the entirety.

| Description of Property and Address | Market Value | Lien Holder | Amount of Lien | Net Value |
|---|---|---|---|---|
| | | | | |

**VALUE CLAIMED AS EXEMPT: $          0.00**

14. NORTH CAROLINA PENSION FUND EXEMPTIONS

| | |
|---|---|
| **NONE** | |

15. OTHER EXEMPTIONS CLAIMED UNDER LAWS OF THE STATE OF NORTH CAROLINA

| a. | Earnings from personal services of debtor (60 days earnings, if needed to support family), N.C. Gen. Stat. § 1-362 | $6,296.15 |
|---|---|---|

16. FEDERAL PENSION FUND EXEMPTIONS

| | |
|---|---|
| **NONE** | |

17. OTHER EXEMPTIONS CLAIMED UNDER NONBANKRUPTCY FEDERAL LAW

Schedule C-1 - Property Claimed as Exempt - 9/2025                                              Page 3

| | NONE | |
|---|---|---|

18. RECENT PURCHASES

    (a). List tangible personal property purchased by the debtor within ninety (90) days of the filing of the bankruptcy petition.

| Description | Market Value | Lien Holder | Amount of Lien | Net Value |
|---|---|---|---|---|
| | | | | |

    (b). List any tangible personal property from 18(a) that is directly traceable to the liquidation or conversion of property that maybe exempt and that was not acquired by transferring or using additional property.

| Description of Replacement Property | Description of Property Liquidated or Converted that May Be Exempt |
|---|---|
| | |

    19. The debtor's property is subject to the following claims:

a.     Of the United States or its agencies as provided by federal law
b.     Of the State of North Carolina or its subdivisions for taxes, appearance bonds or fiduciary bonds
c.     Of a lien by a laborer for work done and performed for the person claiming the exemption. but only as to the specific property affected
d.     Of a lien by a mechanic for work done on the premises, but only as to the specific property affected
e.     For payment of obligations contracted for the purchase of specific real property affected.
f.     For contractual security interests in specific property affected; provided, that the exemptions shall apply to the debtor's household goods notwithstanding any contract for a nonpossessory, nonpurchase money security interest in any such goods
g.     For statutory liens, on the specific property affected, other than judicial liens
h.     For child support, alimony or distributive award order pursuant to Chapter 50 of the General Statutes of North Carolina
i.     For criminal restitution orders docketed as civil judgments pursuant to G.S. 15A-1340.38
j.     Debts of a kind specified in 11 U.S.C. § 523(a)(1) (certain taxes), (5) (domestic support obligations)
k.     Debts of a kind specified in 11 U.S.C. § 522(c)

| Claimant | Nature of Claim | Amount of Claim | Description of Property | Value of Property | Net Value |
|---|---|---|---|---|---|
| | | | | | |

    None of the property listed in paragraph 18(a), except qualified replacement property under 18(b), has been included in this claim of exemptions.

    None of the claims listed in paragraph 19 is subject to this claim of exemptions.

    I declare that to the extent any exemptions I have claimed appear on its face to exceed the amount allowed by the applicable statute, I claim only the maximum amount allowed by statute.

UNSWORN DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF INDIVIDUAL
TO SCHEDULE C-1 - PROPERTY CLAIMED AS EXEMPT

I, _____ Casie Lorraine  Hall _____ , declare under penalty of perjury that I have read the foregoing Schedule C-1 - Property Claimed as Exempt, consisting of _____ sheets, and that they are true and correct to the best of my knowledge, information and belief.

Executed on: _____ **06/01/2026** _____          _____ **/s/ Casie Lorraine Hall** _____

                                                     Casie Lorraine Hall
                                                    Debtor

Fill in this information to identify your case:

| | | | |
|---|---|---|---|
| Debtor 1 | **Casie** | **Lorraine** | **Hall** |
| | First Name | Middle Name | Last Name |
| Debtor 2 | | | |
| (Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: **Eastern** District of **North Carolina**

Case number (if known) _____

☐ Check if this is an amended filing

Official Form 106D

# Schedule D: Creditors Who Have Claims Secured by Property    12/15

**Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the Additional Page, fill it out, number the entries, and attach it to this form. On the top of any additional pages, write your name and case number (if known).**

1. **Do any creditors have claims secured by your property?**

   ☐ No. Check this box and submit this form to the court with your other schedules. You have nothing else to report on this form.

   ☑ Yes. Fill in all of the information below.

| Part 1: | List All Secured Claims |
|---|---|

2. **List all secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim. If more than one creditor has a particular claim, list the other creditors in Part 2. As much as possible, list the claims in alphabetical order according to the creditor's name.

| | Column A<br>**Amount of claim**<br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** | Column C<br>**Unsecured portion**<br>If any |
|---|---|---|---|

**2.1** **Coastal Federal Credit Union**
Creditor's Name
**Attn: Managing Agent**
**PO BOX 58429**
Number     Street
**Raleigh, NC 27658**
City          State         ZIP Code

**Describe the property that secures the claim:**

| **2025 Toyota Sienna** |
|---|

**Amount of claim:** **$43,175.00**  **Value of collateral:** **$41,250.00**  **Unsecured portion:** **$1,925.00**

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim relates to a community debt**

**Nature of lien.** Check all that apply.
☐ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset) _____

**Date debt was incurred** **3/18/2026**    **Last 4 digits of account number** **0 0 0 1**

**Add the dollar value of your entries in Column A on this page. Write that number here:**    **$43,175.00**

Fill in this information to identify your case:

| Debtor 1 | Casie | Lorraine | Hall |
|---|---|---|---|
| | First Name | Middle Name | Last Name |
| Debtor 2 (Spouse, if filing) | | | |
| | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: **Eastern** District of **North Carolina**

Case number (if known)

❏ Check if this is an amended filing

Official Form 106E/F

# Schedule E/F: Creditors Who Have Unsecured Claims

12/15

**Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY claims and Part 2 for creditors with NONPRIORITY claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B:* Property (Official Form 106A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 106G). Do not include any creditors with partially secured claims that are listed in *Schedule D: Creditors Who Have Claims Secured by Property*. If more space is needed, copy the Part you need, fill it out, number the entries in the boxes on the left. Attach the Continuation Page to this page. On the top of any additional pages, write your name and case number (if known).**

| Part 1: | List All of Your PRIORITY Unsecured Claims |
|---|---|

1. **Do any creditors have priority unsecured claims against you?**
   ❏ No. Go to Part 2.
   ☑ Yes.

2. **List all of your priority unsecured claims.** If a creditor has more than one priority unsecured claim, list the creditor separately for each claim. For each claim listed, identify what type of claim it is. If a claim has both priority and nonpriority amounts, list that claim here and show both priority and nonpriority amounts. As much as possible, list the claims in alphabetical order according to the creditor's name. If you have more than two priority unsecured claims, fill out the Continuation Page of Part 1. If more than one creditor holds a particular claim, list the other creditors in Part 3.

   (For an explanation of each type of claim, see the instructions for this form in the instruction booklet.)

|  |  | Total claim | Priority amount | Nonpriority amount |
|---|---|---|---|---|

**2.1** **Internal Revenue Service**
Priority Creditor's Name

**Attn: Managing Agent**

**PO Box Box 7346**
Number        Street

**Philadelphia, PA 19101-7346**
City        State        ZIP Code

**Who incurred the debt?** Check one.
☑ Debtor 1 only
❏ Debtor 2 only
❏ Debtor 1 and Debtor 2 only
❏ At least one of the debtors and another
❏ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
❏ Yes

**Last 4 digits of account number** ___ ___ ___ ___

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.
❏ Contingent
❏ Unliquidated
❏ Disputed

**Type of PRIORITY unsecured claim:**
❏ Domestic support obligations
❏ Taxes and certain other debts you owe the government
❏ Claims for death or personal injury while you were intoxicated
☑ Other. Specify  **For notice purposes**

Total claim: **unknown**  Priority amount: **unknown**  Nonpriority amount: **unknown**

Debtor 1   **Casie**          **Lorraine**        **Hall**                     Case number *(if known)* _____
    First Name      Middle Name    Last Name

| Part 1: | **Your PRIORITY Unsecured Claims — Continuation Page** |
|---|---|

| After listing any entries on this page, number them beginning with 2.3, followed by 2.4, and so forth. | **Total claim** | **Priority amount** | **Nonpriority amount** |
|---|---|---|---|

**2.2**  **NC Department of Revenue**

Priority Creditor's Name

**Attn: Managing Agent**

**PO Box 1168**

Number    Street

**Raleigh, NC 27602**

City    State    ZIP Code

**Who incurred the debt?** Check one.

- ☑ Debtor 1 only
- ❑ Debtor 2 only
- ❑ Debtor 1 and Debtor 2 only
- ❑ At least one of the debtors and another
- ❑ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ☑ No
- ❑ Yes

**Last 4 digits of account number** ___ ___ ___ ___

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.

- ❑ Contingent
- ❑ Unliquidated
- ❑ Disputed

**Type of PRIORITY unsecured claim:**

- ❑ Domestic support obligations
- ❑ Taxes and certain other debts you owe the government
- ❑ Claims for death or personal injury while you were intoxicated
- ☑ Other. Specify  **For notice purposes**

Total claim: **unknown**   Priority amount: **unknown**   Nonpriority amount: **unknown**

Debtor 1    **Casie**      **Lorraine**      **Hall**      Case number *(if known)* _____

       First Name       Middle Name       Last Name

| Part 2: | List All of Your NONPRIORITY Unsecured Claims |
|---|---|

**3. Do any creditors have nonpriority unsecured claims against you?**

❑ No. You have nothing to report in this part. Submit this form to the court with your other schedules.

☑ Yes

**4. List all of your nonpriority unsecured claims in the alphabetical order of the creditor who holds each claim.** If a creditor has more than one nonpriority unsecured claim, list the creditor separately for each claim. For each claim listed, identify what type of claim it is. Do not list claims already included in Part 1. If more than one creditor holds a particular claim, list the other creditors in Part 3.If you have more than three nonpriority unsecured claims fill out the Continuation Page of Part 2.

                                                     **Total claim**

**4.1**

**44 Hillsboro LLC**

Nonpriority Creditor's Name

**Attn: Managing Agent**

**44 Hillsboro Street Suite E**

Number        Street

**Pittsboro, NC 27312**

City       State       ZIP Code

**Who incurred the debt?** Check one.

☑ Debtor 1 only

❑ Debtor 2 only

❑ Debtor 1 and Debtor 2 only

❑ At least one of the debtors and another

❑ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No

❑ Yes

**Last 4 digits of account number** ___ ___ ___ ___         **unknown**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.

❑ Contingent

❑ Unliquidated

❑ Disputed

**Type of NONPRIORITY unsecured claim:**

❑ Student loans

❑ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

❑ Debts to pension or profit-sharing plans, and other similar debts

☑ Other. Specify   **Business Debt of Three Oaks Behavioral Health & Wellness PLLC**

---

**4.2**

**70 East Business Park LLC**

Nonpriority Creditor's Name

**Attn: Managing Agent**

**PO Box 1816**

Number        Street

**Garner, NC 27529**

City       State       ZIP Code

**Who incurred the debt?** Check one.

☑ Debtor 1 only

❑ Debtor 2 only

❑ Debtor 1 and Debtor 2 only

❑ At least one of the debtors and another

❑ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No

❑ Yes

**Last 4 digits of account number** ___ ___ ___ ___         **unknown**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.

❑ Contingent

❑ Unliquidated

❑ Disputed

**Type of NONPRIORITY unsecured claim:**

❑ Student loans

❑ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

❑ Debts to pension or profit-sharing plans, and other similar debts

☑ Other. Specify   **Business Debt of Three Oaks Behavioral Health & Wellness PLLC**

Debtor 1    **Casie**          **Lorraine**          **Hall**          Case number *(if known)* _____
         First Name       Middle Name       Last Name

| **Part 2:** | **Your NONPRIORITY Unsecured Claims — Continuation Page** |
|---|---|

| After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth. | **Total claim** |
|---|---|

**4.3**  **AFK Inc dba FundKite**

Nonpriority Creditor's Name

**Attn: Managing Agent**

**2 S. Biscayne Blvd 23rd Fl**

Number          Street

**Miami, FL 33131**

City          State          ZIP Code

**Who incurred the debt?** Check one.

❑ Debtor 1 only
❑ Debtor 2 only
❑ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another
❑ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
❑ Yes

**Last 4 digits of account number**  __ __ __ __

**When was the debt incurred?**  _____

**As of the date you file, the claim is:** Check all that apply.

❑ Contingent
❑ Unliquidated
❑ Disputed

**Type of NONPRIORITY unsecured claim:**

❑ Student loans
❑ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
❑ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify  **Business Debt of Three Oaks Behavioral Health & Wellness PLLC**

**$961,796.05**

---

**4.4**  **Benson Road Holdings LLC**

Nonpriority Creditor's Name

**Attn: Managing Agent**

**500 Cardinal Drive**

Number          Street

**Raleigh, NC 27605**

City          State          ZIP Code

**Who incurred the debt?** Check one.

☑ Debtor 1 only
❑ Debtor 2 only
❑ Debtor 1 and Debtor 2 only
❑ At least one of the debtors and another
❑ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
❑ Yes

**Last 4 digits of account number**  __ __ __ __

**When was the debt incurred?**  _____

**As of the date you file, the claim is:** Check all that apply.

❑ Contingent
❑ Unliquidated
❑ Disputed

**Type of NONPRIORITY unsecured claim:**

❑ Student loans
❑ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
❑ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify  **Business Debt of Three Oaks Behavioral Health & Wellness PLLC**

**unknown**

---

Official Form 106E/F          Schedule E/F: Creditors Who Have Unsecured Claims          page **4** of **16**

Debtor 1  **Casie**          **Lorraine**       **Hall**                    Case number *(if known)* _____

First Name        Middle Name        Last Name

| Part 2: | Your NONPRIORITY Unsecured Claims – Continuation Page |
|---|---|

After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth.                    **Total claim**

### 4.5  Dataek Properties LLC

Nonpriority Creditor's Name

**Attn: Managing Agent**

**8229 Zebulon Road**

Number          Street

**Youngsville, NC 27596**

City          State          ZIP Code

**Who incurred the debt?** Check one.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

**Last 4 digits of account number** __ __ __ __

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify  **Business Debt of Three Oaks Behavioral Health & Wellness PLLC**

**Total claim: unknown**

### 4.6  Dresser Court Properties, LLC

Nonpriority Creditor's Name

**Attn: Managing Agent**

**2000 Bear Cat Way Ste 102**

Number          Street

**Morrisville, NC 27560**

City          State          ZIP Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

**Last 4 digits of account number** __ __ __ __

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify  **Business Debt of Three Oaks Behavioral Health & Wellness PLLC**

**Total claim: unknown**

Debtor 1  **Casie          Lorraine          Hall**          Case number *(if known)* _____
　　　　　First Name　　Middle Name　　Last Name

| Part 2: | Your NONPRIORITY Unsecured Claims — Continuation Page |
|---|---|

| After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth. | Total claim |
|---|---|

**4.7** **Henry H Sink Jr**

Nonpriority Creditor's Name

**3701 Holly Lane Apt 201**

Number　　　　Street

**Raleigh, NC 27612**

City　　　　State　　　　ZIP Code

**Who incurred the debt?** Check one.
- ❑ Debtor 1 only
- ❑ Debtor 2 only
- ❑ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ❑ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☑ No
- ❑ Yes

**Last 4 digits of account number**  __ __ __ __

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.
- ❑ Contingent
- ❑ Unliquidated
- ❑ Disputed

**Type of NONPRIORITY unsecured claim:**
- ❑ Student loans
- ❑ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ❑ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify  **Business Debt of Three Oaks Behavioral Health & Wellness PLLC**

Total claim: **unknown**

**4.8** **Jacques A. El-Chayeb**

Nonpriority Creditor's Name

**3622 Shannon Road Suite 104**

Number　　　　Street

**Durham, NC 27707**

City　　　　State　　　　ZIP Code

**Who incurred the debt?** Check one.
- ❑ Debtor 1 only
- ❑ Debtor 2 only
- ❑ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ❑ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☑ No
- ❑ Yes

**Last 4 digits of account number**  __ __ __ __

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.
- ❑ Contingent
- ❑ Unliquidated
- ❑ Disputed

**Type of NONPRIORITY unsecured claim:**
- ❑ Student loans
- ❑ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ❑ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify  **Business Debt of Three Oaks Behavioral Health & Wellness PLLC**

Total claim: **$6,659.20**

Debtor 1    **Casie**      **Lorraine**      **Hall**       Case number *(if known)* _____

       First Name       Middle Name       Last Name

| **Part 2:** | **Your NONPRIORITY Unsecured Claims — Continuation Page** |
|---|---|

| After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth. | **Total claim** |
|---|---|

**4.9** **Kapitus Servicing Inc.**

Nonpriority Creditor's Name

**Attn: Managing Agent**

**120 W 45th St.**

Number      Street

**New York, NY 10036**

City      State      ZIP Code

**Who incurred the debt?** Check one.

- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ☑ No
- ☐ Yes

**Last 4 digits of account number** __ __ __ __

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify   **Business Debt of Three Oaks Behavioral Health & Wellness PLLC**

**Total claim: $224,991.00**

---

**4.10** **Lendero LLC**

Nonpriority Creditor's Name

**Attn: Managing Agent**

**1116 Main Street Ste A**

Number      Street

**Branford, CT 06405**

City      State      ZIP Code

**Who incurred the debt?** Check one.

- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ☑ No
- ☐ Yes

**Last 4 digits of account number** __ __ __ __

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify   **Business Debt of Three Oaks Behavioral Health & Wellness PLLC**

**Total claim: unknown**

Debtor 1    **Casie**          **Lorraine**          **Hall**                     Case number *(if known)* _____
            First Name         Middle Name          Last Name

| **Part 2:** | **Your NONPRIORITY Unsecured Claims — Continuation Page** |
|---|---|

| After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth. | **Total claim** |
|---|---|

**4.11**   **Lyckan LLC**

Nonpriority Creditor's Name

**Attn: Managing Agent**

**3708 Lyckan Pkwy Ste 201**

Number          Street

**Durham, NC 27707**

City          State          ZIP Code

**Who incurred the debt?** Check one.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

**Last 4 digits of account number**  __ __ __ __

**When was the debt incurred?**  _____

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify  **Business Debt of Three Oaks Behavioral Health & Wellness PLLC**

**unknown**

---

**4.12**   **North Carolina Office I, LP**

Nonpriority Creditor's Name

**Attn: Managing Agent**

**2900 Linden Lane Ste 300**

Number          Street

**Silver Spring, MD 20910**

City          State          ZIP Code

**Who incurred the debt?** Check one.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

**Last 4 digits of account number**  __ __ __ __

**When was the debt incurred?**  _____

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify  **Business Debt of Three Oaks Behavioral Health & Wellness PLLC**

**unknown**

Debtor 1    **Casie**          **Lorraine**         **Hall**                    Case number *(if known)* _____
            First Name         Middle Name          Last Name

| **Part 2:** | **Your NONPRIORITY Unsecured Claims — Continuation Page** |
|---|---|

| After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth. | **Total claim** |
|---|---|

**4.13** **Parkview Advance LLC**

Nonpriority Creditor's Name

**Attn: Managing Agent**

**600 Summer Street**

Number          Street

**Stamford, CT 06901**

City               State          ZIP Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

**Last 4 digits of account number** __ __ __ __

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify   **Business Debt of Three Oaks Behavioral Health & Wellness PLLC**

**Total claim:** **unknown**

---

**4.14** **Skylak Investments LLC**

Nonpriority Creditor's Name

**Attn: Managing Agent**

**204 Glenview Place**

Number          Street

**Chapel Hill, NC 27514**

City               State          ZIP Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

**Last 4 digits of account number** __ __ __ __

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify   **Business Debt of Three Oaks Behavioral Health & Wellness PLLC**

**Total claim:** **$28,518.37**

---

Official Form 106E/F                    Schedule E/F: Creditors Who Have Unsecured Claims                    page __9__ of __16__

Debtor 1    **Casie**      **Lorraine**      **Hall**        Case number *(if known)* _____
      First Name       Middle Name       Last Name

| **Part 2:** | **Your NONPRIORITY Unsecured Claims — Continuation Page** |
|---|---|

| After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth. | **Total claim** |
|---|---|

**4.15**

| **Stanley & Sue Crocker** | **Last 4 digits of account number** ___ ___ ___ ___ | **unknown** |
|---|---|---|

Nonpriority Creditor's Name

**Attn: Managing Agent**

**When was the debt incurred?** _____

**3204 Keighley Forest**

Number      Street

**Wake Forest, NC 27587**

City      State      ZIP Code

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Who incurred the debt?** Check one.
- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify   **Business Debt of Three Oaks Behavioral Health & Wellness PLLC**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**4.16**

| **Stellar Capital LLC** | **Last 4 digits of account number** ___ ___ ___ ___ | **unknown** |
|---|---|---|

Nonpriority Creditor's Name

**Attn: Managing Agent**

**When was the debt incurred?** _____

**600 Summer Street Ste 204**

Number      Street

**Stamford, CT 06901**

City      State      ZIP Code

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Who incurred the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify   **Business Debt of Three Oaks Behavioral Health & Wellness PLLC**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

Debtor 1      **Casie          Lorraine        Hall**                    Case number *(if known)* _____
      First Name      Middle Name      Last Name

| Part 2: | Your NONPRIORITY Unsecured Claims – Continuation Page |
|---|---|

| After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth. | Total claim |
|---|---|

**4.17**  **SV Center LLC**

Nonpriority Creditor's Name

**Attn: Managing Agent**

**400 Market Street Suite 115**

Number          Street

**Chapel Hill, NC 27516**

City                State                ZIP Code

**Who incurred the debt?** Check one.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

**Last 4 digits of account number** __ __ __ __

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify  **Business Debt of Three Oaks Behavioral Health & Wellness PLLC**

**Total claim:** **unknown**

---

**4.18**  **Transfer Development Company LLC**

Nonpriority Creditor's Name

**Attn: Managing Agent/Jason Queen**

**213 Fayetteville St**

Number          Street

**Raleigh, NC 27601**

City                State                ZIP Code

**Who incurred the debt?** Check one.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

**Last 4 digits of account number** __ __ __ __

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify  **Business Debt of Three Oaks Behavioral Health & Wellness PLLC**

**Total claim:** **unknown**

Debtor 1   **Casie**          **Lorraine**          **Hall**                    Case number *(if known)* _____

        First Name        Middle Name        Last Name

| **Part 2:** | **Your NONPRIORITY Unsecured Claims — Continuation Page** |
|---|---|

| After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth. | **Total claim** |
|---|---|

**4.19   Truist Bank**

Nonpriority Creditor's Name

**Attn: Managing Agent/Officer**

**PO Box 1847**

Number        Street

**Wilson, NC 27894-1847**

City        State        ZIP Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

**Last 4 digits of account number** __ __ __ __              **$500,064.90**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify   **Business Debt of Three Oaks Behavioral Health & Wellness PLLC**

---

**4.20   Wells Fargo Card**

Nonpriority Creditor's Name

**Attn: Managing Agent**

**PO BOX 393**

Number        Street

**Minneapolis, MN 55480**

City        State        ZIP Code

**Who incurred the debt?** Check one.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

**Last 4 digits of account number** 5 3 1 8              **$9,738.54**

**When was the debt incurred?** 7/30/2006

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify   **FlexibleSpendingCreditCard**

Debtor 1   **Casie**        **Lorraine**        **Hall**                    Case number *(if known)* _____
       First Name      Middle Name        Last Name

| Part 2: | Your NONPRIORITY Unsecured Claims — Continuation Page |
|---|---|

After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth.    **Total claim**

**4.21**  **Whitman Investment Properties, LLC**
Nonpriority Creditor's Name

**Attn: Managing Agent/Pete Mangum**

**PO Box 127**
Number          Street

**Knightdale, NC 27545**
City          State          ZIP Code

**Who incurred the debt?** Check one.
- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**Last 4 digits of account number**  ___ ___ ___ ___      **unknown**

**When was the debt incurred?**  _____

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify  **Business Debt of Three Oaks Behavioral Health & Wellness PLLC**

Debtor 1    **Casie            Lorraine        Hall**                    Case number *(if known)* _____
                First Name        Middle Name        Last Name

| Part 3: | List Others to Be Notified About a Debt That You Already Listed |
|---------|-----------------------------------------------------------------|

5. Use this page only if you have others to be notified about your bankruptcy, for a debt that you already listed in Parts 1 or 2. For example, if a collection agency is trying to collect from you for a debt you owe to someone else, list the original creditor in Parts 1 or 2, then list the collection agency here. Similarly, if you have more than one creditor for any of the debts that you listed in Parts 1 or 2, list the additional creditors here. If you do not have additional persons to be notified for any debts in Parts 1 or 2, do not fill out or submit this page.

1. **US Attorney General (SBA)**
Name
**Attn: Managing Agent**

**950 Pennsylvania Ave., NW**
Number        Street

**Washington, DC 20530**
City                State        ZIP Code

**On which entry in Part 1 or Part 2 did you list the original creditor?**

Line **2.1** of *(Check one):*
☑ Part 1: Creditors with Priority Unsecured Claims
☐ Part 2: Creditors with Nonpriority Unsecured Claims

**Last 4 digits of account number** ___ ___ ___ ___

2. **US Attorney's Office (ED)**
Name
**Attn: Managing Agent**

**150 Fayetteville St. Ste. 2100**
Number        Street

**Raleigh, NC 27601**
City                State        ZIP Code

**On which entry in Part 1 or Part 2 did you list the original creditor?**

Line **2.1** of *(Check one):*
☑ Part 1: Creditors with Priority Unsecured Claims
☐ Part 2: Creditors with Nonpriority Unsecured Claims

**Last 4 digits of account number** ___ ___ ___ ___

3. **NC Attorney General**
Name
**Attn: Managing Agent**

**9001 Mail Service Center**
Number        Street

**Raleigh, NC 27699-9001**
City                State        ZIP Code

**On which entry in Part 1 or Part 2 did you list the original creditor?**

Line **2.2** of *(Check one):*
☑ Part 1: Creditors with Priority Unsecured Claims
☐ Part 2: Creditors with Nonpriority Unsecured Claims

**Last 4 digits of account number** ___ ___ ___ ___

4. **AFK Inc dba Fundkite**
Name
**Attn: Managing Agent**

**40 Wall St Suite 2705**
Number        Street

**New York, NY 10005**
City                State        ZIP Code

**On which entry in Part 1 or Part 2 did you list the original creditor?**

Line **4.3** of *(Check one):*
☐ Part 1: Creditors with Priority Unsecured Claims
☑ Part 2: Creditors with Nonpriority Unsecured Claims

**Last 4 digits of account number** ___ ___ ___ ___

5. **Mestechkin Law Group PC**
Name
**Attn: Oleg Mestechkin**

**2218 Ocean Ave**
Number        Street

**Brooklyn, NY 11229**
City                State        ZIP Code

**On which entry in Part 1 or Part 2 did you list the original creditor?**

Line **4.3** of *(Check one):*
☐ Part 1: Creditors with Priority Unsecured Claims
☑ Part 2: Creditors with Nonpriority Unsecured Claims

**Last 4 digits of account number** ___ ___ ___ ___

6. **Mestechkin Law Group PC**
Name
**Attn: Oleg Mestechkin**

**17 State Street 40th Floor**
Number        Street

**New York, NY 10004**
City                State        ZIP Code

**On which entry in Part 1 or Part 2 did you list the original creditor?**

Line **4.3** of *(Check one):*
☐ Part 1: Creditors with Priority Unsecured Claims
☑ Part 2: Creditors with Nonpriority Unsecured Claims

**Last 4 digits of account number** ___ ___ ___ ___

Debtor 1 **Casie** **Lorraine** **Hall**                    Case number *(if known)* _____
　　　　　First Name　　　Middle Name　　　Last Name

| **Part 3:** | **List Others to Be Notified About a Debt That You Already Listed - Additional Page** |
|---|---|

**7.** **APA Ventures**
Name

**Attn: Managing Agent**

**2000 Bearcat Way Ste. 102**
Number　　　Street

**Morrisville, NC 27560**
City　　　　　State　　　ZIP Code

On which entry in Part 1 or Part 2 did you list the original creditor?

Line **4.6** of *(Check one):*
☐ Part 1: Creditors with Priority Unsecured Claims
☑ Part 2: Creditors with Nonpriority Unsecured Claims

**Last 4 digits of account number** ___ ___ ___ ___

---

**8.** **Lafayette Whitlock Fischer Hughes PLC**
Name

**Attn: C. Daniel Waters**

**10160 Staples Mill Road Suite 105**
Number　　　Street

**Glen Allen, VA 23060**
City　　　　　State　　　ZIP Code

On which entry in Part 1 or Part 2 did you list the original creditor?

Line **4.9** of *(Check one):*
☐ Part 1: Creditors with Priority Unsecured Claims
☑ Part 2: Creditors with Nonpriority Unsecured Claims

**Last 4 digits of account number** ___ ___ ___ ___

---

**9.** **Secretary of the Commonwealth**
Name

**Attn: Service of Process**

**PO Box 2452**
Number　　　Street

**Richmond, VA 23218**
City　　　　　State　　　ZIP Code

On which entry in Part 1 or Part 2 did you list the original creditor?

Line **4.9** of *(Check one):*
☐ Part 1: Creditors with Priority Unsecured Claims
☑ Part 2: Creditors with Nonpriority Unsecured Claims

**Last 4 digits of account number** ___ ___ ___ ___

---

**10.** **Sema E. Lederman, Attorney at Law**
Name

**Sema E. Lederman**

**PO Box 16996**
Number　　　Street

**Chapel Hill, NC 27516**
City　　　　　State　　　ZIP Code

On which entry in Part 1 or Part 2 did you list the original creditor?

Line **4.14** of *(Check one):*
☐ Part 1: Creditors with Priority Unsecured Claims
☑ Part 2: Creditors with Nonpriority Unsecured Claims

**Last 4 digits of account number** ___ ___ ___ ___

---

**11.** **Womble Bond Dickinson (US) LLP**
Name

**Attn: Charlie Livermon**

**555 Fayetteville St. Ste. 1100**
Number　　　Street

**Raleigh, NC 27601**
City　　　　　State　　　ZIP Code

On which entry in Part 1 or Part 2 did you list the original creditor?

Line **4.19** of *(Check one):*
☐ Part 1: Creditors with Priority Unsecured Claims
☑ Part 2: Creditors with Nonpriority Unsecured Claims

**Last 4 digits of account number** ___ ___ ___ ___

Debtor 1    **Casie**          **Lorraine**          **Hall**                    Case number *(if known)* _____

_____    _____    _____
First Name          Middle Name          Last Name

| Part 4: | Add the Amounts for Each Type of Unsecured Claim |
|---|---|

6.   **Total the amounts of certain types of unsecured claims. This information is for statistical reporting purposes only. 28 U.S.C. § 159.**
     **Add the amounts for each type of unsecured claim.**

|  |  |  | Total claim |
|---|---|---|---|
| **Total claims from Part 1** | 6a. | **Domestic support obligations** | 6a. | **$0.00** |
| | 6b. | **Taxes and certain other debts you owe the government** | 6b. | **$0.00** |
| | 6c. | **Claims for death or personal injury while you were intoxicated** | 6c. | **$0.00** |
| | 6d. | **Other.** Add all other priority unsecured claims. Write that amount here. | 6d. + | **$0.00** |
| | 6e. | **Total.** Add lines 6a through 6d. | 6e. | **$0.00** |

|  |  |  | Total claim |
|---|---|---|---|
| **Total claims from Part 2** | 6f. | **Student loans** | 6f. | **$0.00** |
| | 6g. | **Obligations arising out of a separation agreement or divorce that you did not report as priority claims** | 6g. | **$0.00** |
| | 6h. | **Debts to pension or profit-sharing plans, and other similar debts** | 6h. | **$0.00** |
| | 6i. | **Other.** Add all other nonpriority unsecured claims. Write that amount here. | 6i. + | **$1,731,768.06** |
| | 6j. | **Total.** Add lines 6f through 6i. | 6j. | **$1,731,768.06** |

Fill in this information to identify your case:

| | | | | |
|---|---|---|---|---|
| Debtor 1 | **Casie** | **Lorraine** | **Hall** | |
| | First Name | Middle Name | Last Name | |
| Debtor 2 | | | | |
| (Spouse, if filing) | First Name | Middle Name | Last Name | |

United States Bankruptcy Court for the: **Eastern** District of **North Carolina**

Case number
(if known)

❏ Check if this is an
amended filing

Official Form 106G

# Schedule G: Executory Contracts and Unexpired Leases    12/15

**Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the additional page, fill it out, number the entries, and attach it to this page. On the top of any additional pages, write your name and case number (if known).**

1. **Do you have any executory contracts or unexpired leases?**

   ❏ No. Check this box and file this form with the court with your other schedules. You have nothing else to report on this form.

   ☑ Yes. Fill in all of the information below even if the contracts or leases are listed on *Schedule A/B: Property* (Official Form 106A/B).

2. **List separately each person or company with whom you have the contract or lease. Then state what each contract or lease is for (for example, rent, vehicle lease, cell phone).** See the instructions for this form in the instruction booklet for more examples of executory contracts and unexpired leases.

| Person or company with whom you have the contract or lease | State what the contract or lease is for |
|---|---|
| 2.1 **Tyson Williamson** <br> Name <br><br> Number         Street <br><br> City          State          ZIP Code | 3748 Lassiter Mill Rd., Raleigh |
| 2.2 <br> Name <br><br> Number         Street <br><br> City          State          ZIP Code | |
| 2.3 <br> Name <br><br> Number         Street <br><br> City          State          ZIP Code | |
| 2.4 <br> Name <br><br> Number         Street <br><br> City          State          ZIP Code | |

Official Form 106G          Schedule G: Executory Contracts and Unexpired Leases          page **1** of **1**

Fill in this information to identify your case:

| | | | |
|---|---|---|---|
| Debtor 1 | **Casie** | **Lorraine** | **Hall** |
| | First Name | Middle Name | Last Name |
| Debtor 2 | | | |
| (Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: **Eastern**   District of **North Carolina**

Case number
(if known)

❑ Check if this is an amended filing

Official Form 106H

# Schedule H: Your Codebtors

12/15

**Codebtors are people or entities who are also liable for any debts you may have. Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the Additional Page, fill it out, and number the entries in the boxes on the left. Attach the Additional Page to this page. On the top of any Additional Pages, write your name and case number (if known). Answer every question.**

1. **Do you have any codebtors?** (If you are filing a joint case, do not list either spouse as a codebtor.)
   ❑ No
   ☑ Yes

2. **Within the last 8 years, have you lived in a community property state or territory?** (*Community property states and territories* include Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, and Wisconsin.)
   ☑ No. Go to line 3.
   ❑ Yes. Did your spouse, former spouse, or legal equivalent live with you at the time?

   ❑ No
   ❑ Yes. In which community state or territory did you live? _____. Fill in the name and current address of that person.

   _____
   Name of your spouse, former spouse, or legal equivalent

   _____
   Number          Street

   _____
   City          State          ZIP Code

3. **In Column 1, list all of your codebtors. Do not include your spouse as a codebtor if your spouse is filing with you. List the person shown in line 2 again as a codebtor only if that person is a guarantor or cosigner. Make sure you have listed the creditor on *Schedule D* (Official Form 106D), *Schedule E/F* (Official Form 106E/F), or *Schedule G* (Official Form 106G). Use *Schedule D*, *Schedule E/F*, or *Schedule G* to fill out Column 2.**

| *Column 1:* **Your codebtor** | *Column 2:* **The creditor to whom you owe the debt** |
|---|---|
| | Check all schedules that apply: |

**3.1**
**Three Oaks Behavioral Health & Wellness, PLLC**
Name
**3755 Benson Dr**
Number          Street
**Raleigh, NC 27609**
City          State          ZIP Code

❑ Schedule D, line _____
☑ Schedule E/F, line
**4.3, 4.6, 4.7, 4.8, 4.9, 4.10, 4.13, 4.14, 4.16, 4.19**
❑ Schedule G, line _____

**3.2**
_____
Name
_____
Number          Street
_____
City          State          ZIP Code

❑ Schedule D, line _____
❑ Schedule E/F, line _____
❑ Schedule G, line _____

Fill in this information to identify your case:

| | | | |
|---|---|---|---|
| Debtor 1 | **Casie** | **Lorraine** | **Hall** |
| | First Name | Middle Name | Last Name |
| Debtor 2 | | | |
| (Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: **Eastern** District of **North Carolina**

Case number
(if known)

Check if this is:

❏ An amended filing

❏ A supplement showing postpetition chapter 13 income as of the following date:

_____
MM / DD / YYYY

Official Form 106I

# Schedule I: Your Income

12/15

**Be as complete and accurate as possible. If two married people are filing together (Debtor 1 and Debtor 2), both are equally responsible for supplying correct information. If you are married and not filing jointly, and your spouse is living with you, include information about your spouse. If you are separated and your spouse is not filing with you, do not include information about your spouse. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.**

## Part 1:    Describe Employment

| | | Debtor 1 | Debtor 2 or non-filing spouse |
|---|---|---|---|
| 1. **Fill in your employment information.** | **Employment status** | ☑ Employed<br>❏ Not employed | ❏ Employed<br>☑ Not employed |
| If you have more than one job, attach a separate page with information about additional employers. | **Occupation** | **Chief Visionary Officer** | **N/A** |
| Include part-time, seasonal, or self-employed work. | **Employer's name** | **Three Oaks Behavioral Health & Wellness, PLLC** | |
| Occupation may include student or homemaker, if it applies. | **Employer's address** | **3755 Benson Drive**<br>Number       Street | Number       Street |
| | | **Raleigh, NC 27609**<br>City       State       ZIP Code | City       State       ZIP Code |
| | **How long employed there?** | **10/2017-Present** | |

## Part 2:    Give Details About Monthly Income

**Estimate monthly income as of the date you file this form.** If you have nothing to report for any line, write $0 in the space. Include your non-filing spouse unless you are separated.

If you or your non-filing spouse have more than one employer, combine the information for all employers for that person on the lines below. If you need more space, attach a separate sheet to this form.

| | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|
| 2. **List monthly gross wages, salary, and commissions** (before all payroll deductions). If not paid monthly, calculate what the monthly wage would be. | 2. | **$10,000.00** | **$0.00** |
| 3. **Estimate and list monthly overtime pay.** | 3. + | **$0.00** | + **$0.00** |
| 4. **Calculate gross income.** Add line 2 + line 3. | 4. | **$10,000.00** | **$0.00** |

Debtor 1   **Casie**　　　**Lorraine**　　　**Hall**　　　Case number *(if known)* _____

First Name　　　　Middle Name　　　　Last Name

|  | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|
| **Copy line 4 here**............................................................... ➔ 4. | $10,000.00 | $0.00 |

5. **List all payroll deductions:**

| | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|
| 5a. | **Tax, Medicare, and Social Security deductions** 5a. | $1,991.74 | $0.00 |
| 5b. | **Mandatory contributions for retirement plans** 5b. | $0.00 | $0.00 |
| 5c. | **Voluntary contributions for retirement plans** 5c. | $100.00 | $0.00 |
| 5d. | **Required repayments of retirement fund loans** 5d. | $0.00 | $0.00 |
| 5e. | **Insurance** 5e. | $365.52 | $0.00 |
| 5f. | **Domestic support obligations** 5f. | $0.00 | $0.00 |
| 5g. | **Union dues** 5g. | $0.00 | $0.00 |
| 5h. | **Other deductions.** Specify: **See additional page** 5h. + | $122.44 + | $0.00 |

6. **Add the payroll deductions.** Add lines 5a + 5b + 5c + 5d + 5e +5f + 5g + 5h. 6. | $2,579.70 | $0.00 |

7. **Calculate total monthly take-home pay.** Subtract line 6 from line 4. 7. | $7,420.30 | $0.00 |

8. **List all other income regularly received:**

| | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|
| 8a. | **Net income from rental property and from operating a business, profession, or farm** Attach a statement for each property and business showing gross receipts, ordinary and necessary business expenses, and the total monthly net income. 8a. | $0.00 | $0.00 |
| 8b. | **Interest and dividends** 8b. | $0.00 | $0.00 |
| 8c. | **Family support payments that you, a non-filing spouse, or a dependent regularly receive** Include alimony, spousal support, child support, maintenance, divorce settlement, and property settlement. 8c. | $1,095.00 | $0.00 |
| 8d. | **Unemployment compensation** 8d. | $0.00 | $0.00 |
| 8e. | **Social Security** 8e. | $0.00 | $0.00 |
| 8f. | **Other government assistance that you regularly receive** Include cash assistance and the value (if known) of any non-cash assistance that you receive, such as food stamps (benefits under the Supplemental Nutrition Assistance Program) or housing subsidies. Specify: _____ 8f. | $0.00 | $0.00 |
| 8g. | **Pension or retirement income** 8g. | $0.00 | $0.00 |
| 8h. | **Other monthly income.** Specify: _____ 8h. + | $0.00 + | $0.00 |

9. **Add all other income.** Add lines 8a + 8b + 8c + 8d + 8e + 8f + 8g + 8h. 9. | $1,095.00 | $0.00 |

10. **Calculate monthly income.** Add line 7 + line 9.
Add the entries in line 10 for Debtor 1 and Debtor 2 or non-filing spouse. 10. | $8,515.30 **+** | $0.00 **=** | $8,515.30 |

11. **State all other regular contributions to the expenses that you list in *Schedule J.***

Include contributions from an unmarried partner, members of your household, your dependents, your roommates, and other friends or relatives.

Do not include any amounts already included in lines 2-10 or amounts that are not available to pay expenses listed in *Schedule J.*

Specify: _____ 11. **+** $0.00

　　　**Schedule I: Your Income**

Debtor 1    **Casie**              **Lorraine**            **Hall**                               Case number *(if known)* _____
            First Name              Middle Name            Last Name

---

12. **Add the amount in the last column of line 10 to the amount in line 11.** The result is the combined monthly income. Write that amount on the *Summary of Your Assets and Liabilities and Certain Statistical Information*, if it applies

12.  | **$8,515.30**

**Combined monthly income**

13. **Do you expect an increase or decrease within the year after you file this form?**

☑ No.

☐ Yes. Explain: [                                                                    ]

---

Debtor 1    **Casie**              **Lorraine**              **Hall**                          Case number *(if known)* _____

           First Name           Middle Name        Last Name

| | Amount |
|---|---:|
| **5h. Other Deductions For Debtor 1** | |
| **Accident insurance** | **$19.76** |
| **Dental insurance** | **$82.98** |
| **Vision** | **$16.82** |
| **Vol life spouse** | **$2.88** |

Fill in this information to identify your case:

Debtor 1 __**Casie**_____**Lorraine**_____**Hall**_____
          First Name     Middle Name     Last Name

Debtor 2 _____
(Spouse, if filing)   First Name     Middle Name     Last Name

United States Bankruptcy Court for the: __**Eastern District of North Carolina**__

Case number _____
(if known)

Check if this is:

☐ An amended filing

☐ A supplement showing postpetition chapter 13 expenses as of the following date:

_____
MM / DD / YYYY

## Official Form 106J

# Schedule J: Your Expenses                                    **12/15**

**Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach another sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.**

### Part 1:  Describe Your Household

1. **Is this a joint case?**

   ☑ No. Go to line 2.

   ☐ Yes. **Does Debtor 2 live in a separate household?**

      ☐ No

      ☐ Yes. Debtor 2 must file Official Form 106J-2, *Expenses for Separate Household of Debtor 2.*

2. **Do you have dependents?**

   Do not list Debtor 1 and Debtor 2.

   Do not state the dependents' names.

   ☐ No

   ☑ Yes. Fill out this information for each dependent..............

   | Dependent's relationship to Debtor 1 or Debtor 2 | Dependent's age | Does dependent live with you? |
   |---|---|---|
   | **Child** | **14** | ☐ No.  ☑ Yes. |
   | **Child** | **12** | ☐ No.  ☑ Yes. |
   | **Child** | **10** | ☐ No.  ☑ Yes. |
   | | | ☐ No.  ☐ Yes. |
   | | | ☐ No.  ☐ Yes. |

3. **Do your expenses include expenses of people other than yourself and your dependents?**

   ☑ No

   ☐ Yes

### Part 2:  Estimate Your Ongoing Monthly Expenses

**Estimate your expenses as of your bankruptcy filing date unless you are using this form as a supplement in a Chapter 13 case to report expenses as of a date after the bankruptcy is filed. If this is a supplemental *Schedule J*, check the box at the top of the form and fill in the applicable date.**

**Include expenses paid for with non-cash government assistance if you know the value of such assistance and have included it on *Schedule I: Your Income* (Official Form 106I.)**

|  |  | Your expenses |
|---|---|---|
| 4. | **The rental or home ownership expenses for your residence.** Include first mortgage payments and any rent for the ground or lot. | 4. **$3,650.00** |
|  | **If not included in line 4:** | |
| 4a. | Real estate taxes | 4a. **$26.00** |
| 4b. | Property, homeowner's, or renter's insurance | 4b. **$75.00** |
| 4c. | Home maintenance, repair, and upkeep expenses | 4c. **$0.00** |
| 4d. | Homeowner's association or condominium dues | 4d. **$0.00** |

Debtor 1   **Casie**        **Lorraine**        **Hall**

First Name        Middle Name        Last Name

Case number *(if known)*

| | Your expenses |
|---|---|
| 5. **Additional mortgage payments for your residence,** such as home equity loans | 5. $0.00 |
| 6. **Utilities:** | |
| 6a. Electricity, heat, natural gas | 6a. $200.00 |
| 6b. Water, sewer, garbage collection | 6b. $150.00 |
| 6c. Telephone, cell phone, Internet, satellite, and cable services | 6c. $180.00 |
| 6d. Other. Specify: | 6d. $0.00 |
| 7. **Food and housekeeping supplies** | 7. $1,200.00 |
| 8. **Childcare and children's education costs** | 8. $0.00 |
| 9. **Clothing, laundry, and dry cleaning** | 9. $50.00 |
| 10. **Personal care products and services** | 10. $50.00 |
| 11. **Medical and dental expenses** | 11. $100.00 |
| 12. **Transportation.** Include gas, maintenance, bus or train fare. Do not include car payments. | 12. $300.00 |
| 13. **Entertainment, clubs, recreation, newspapers, magazines, and books** | 13. $300.00 |
| 14. **Charitable contributions and religious donations** | 14. $0.00 |
| 15. **Insurance.** Do not include insurance deducted from your pay or included in lines 4 or 20. | |
| 15a. Life insurance | 15a. $314.00 |
| 15b. Health insurance | 15b. $0.00 |
| 15c. Vehicle insurance | 15c. $100.00 |
| 15d. Other insurance. Specify: | 15d. $0.00 |
| 16. **Taxes.** Do not include taxes deducted from your pay or included in lines 4 or 20. Specify: | 16. $0.00 |
| 17. **Installment or lease payments:** | |
| 17a. Car payments for Vehicle 1 | 17a. $626.77 |
| 17b. Car payments for Vehicle 2 | 17b. $0.00 |
| 17c. Other. Specify: | 17c. $0.00 |
| 17d. Other. Specify: | 17d. $0.00 |
| 18. **Your payments of alimony, maintenance, and support that you did not report as deducted from your pay on line 5,** *Schedule I, Your Income* (Official Form 106I). | 18. $0.00 |
| 19. **Other payments you make to support others who do not live with you.** Specify: | 19. $0.00 |
| 20. **Other real property expenses not included in lines 4 or 5 of this form or on** *Schedule I: Your Income.* | |
| 20a. Mortgages on other property | 20a. $0.00 |
| 20b. Real estate taxes | 20b. $0.00 |
| 20c. Property, homeowner's, or renter's insurance | 20c. $0.00 |
| 20d. Maintenance, repair, and upkeep expenses | 20d. $0.00 |
| 20e. Homeowner's association or condominium dues | 20e. $0.00 |

| Debtor 1 | **Casie** | **Lorraine** | **Hall** | Case number *(if known)* |
|----------|-----------|--------------|----------|--------------------------|
| | First Name | Middle Name | Last Name | |

21. **Other.** Specify: **See Additional Page**            21.  **+**            **$400.00**

22. **Calculate your monthly expenses.**

    22a. Add lines 4 through 21.            22a.            **$7,721.77**

    22b. Copy line 22 (monthly expenses for Debtor 2), if any, from Official Form 106J-2            22b.            **$0.00**

    22c. Add line 22a and 22b. The result is your monthly expenses.            22c.            **$7,721.77**

23. **Calculate your monthly net income.**

    23a. Copy line 12 (your combined monthly income) from *Schedule I*.            23a.            **$8,515.30**

    23b. Copy your monthly expenses from line 22c above.            23b.  **–**            **$7,721.77**

    23c. Subtract your monthly expenses from your monthly income.
        The result is your *monthly net income.*            23c.            **$793.53**

24. **Do you expect an increase or decrease in your expenses within the year after you file this form?**

For example, do you expect to finish paying for your car loan within the year or do you expect your mortgage payment to increase or decrease because of a modification to the terms of your mortgage?

☑ No.
☐ Yes.

Debtor 1    **Casie**          **Lorraine**        **Hall**
          First Name          Middle Name          Last Name

Case number *(if known)*

| | Amount |
|---|---|
| **21. Other** | |
| Pet expenses | $150.00 |
| Miscellaneous | $250.00 |

Official Form 106J                    **Schedule J: Your Expenses**                    page **4**

Fill in this information to identify your case:

Debtor 1     **Casie**     **Lorraine**     **Hall**
First Name    Middle Name    Last Name

Debtor 2
(Spouse, if filing)
First Name    Middle Name    Last Name

United States Bankruptcy Court for the:     **Eastern District of North Carolina**

Case number
(if known)

☐ Check if this is an
amended filing

## Official Form 106Dec

## Declaration About an Individual Debtor's Schedules

**12/15**

**If two married people are filing together, both are equally responsible for supplying correct information.**

**You must file this form whenever you file bankruptcy schedules or amended schedules. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

### Sign Below

**Did you pay or agree to pay someone who is NOT an attorney to help you fill out bankruptcy forms?**

☑ No

☐ Yes. Name of person _____. Attach *Bankruptcy Petition Preparer's Notice, Declaration, and Signature (Official Form 119).*

**Under penalty of perjury, I declare that I have read the summary and schedules filed with this declaration and that they are true and correct.**

**X**    **/s/ Casie Lorraine Hall**

Casie Lorraine Hall, Debtor 1

Date **06/01/2026**
MM/ DD/ YYYY

Fill in this information to identify your case:

Debtor 1        **Casie**           **Lorraine**         **Hall**
                First Name          Middle Name         Last Name

Debtor 2
(Spouse, if filing)   First Name     Middle Name         Last Name

United States Bankruptcy Court for the:     **Eastern District of North Carolina**

Case number
(if known)

☐ Check if this is an amended filing

## Official Form 107

# Statement of Financial Affairs for Individuals Filing for Bankruptcy     04/25

**Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.**

## Part 1:   Give Details About Your Marital Status and Where You Lived Before

**1. What is your current marital status?**

☑ Married

☐ Not married

**2. During the last 3 years, have you lived anywhere other than where you live now?**

☐ No

☑ Yes. List all of the places you lived in the last 3 years. Do not include where you live now.

| Debtor 1: | Dates Debtor 1 lived there | Debtor 2: | Dates Debtor 2 lived there |
|---|---|---|---|
| | | ☐ Same as Debtor 1 | ☐ Same as Debtor 1 |
| **5219 Knollwood Road** <br> Number    Street | From **6/2024** <br> To **1/2026** | Number    Street | From <br> To |
| **Raleigh, NC 27609** <br> City          State   ZIP Code | | City          State   ZIP Code | |
| | | ☐ Same as Debtor 1 | ☐ Same as Debtor 1 |
| **5154 NC Hwy 87 N** <br> Number    Street | From **12/2021** <br> To **4/2026** | Number    Street | From <br> To |
| **Pittsboro, NC 27312** <br> City          State   ZIP Code | | City          State   ZIP Code | |

**3. Within the last 8 years, did you ever live with a spouse or legal equivalent in a community property state or territory?** (*Community property states and territories* include Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, and Wisconsin.)

☑ No

☐ Yes. Make sure you fill out *Schedule H: Your Codebtors* (Official Form 106H).

Official Form 107        **Statement of Financial Affairs for Individuals Filing for Bankruptcy**        page 1

Debtor 1 **Casie        Lorraine        Hall**                                    Case number *(if known)* _____

First Name            Middle Name            Last Name

| Part 2: | Explain the Sources of Your Income |

**4. Did you have any income from employment or from operating a business during this year or the two previous calendar years?**

Fill in the total amount of income you received from all jobs and all businesses, including part-time activities.

If you are filing a joint case and you have income that you receive together, list it only once under Debtor 1.

❏ No

☑ Yes. Fill in the details.

| | Debtor 1 | | Debtor 2 | |
|---|---|---|---|---|
| | **Sources of income**<br>Check all that apply. | **Gross Income**<br>(before deductions and exclusions) | **Sources of income**<br>Check all that apply. | **Gross Income**<br>(before deductions and exclusions) |
| **From January 1 of current year until the date you filed for bankruptcy:** | ☑ Wages, commissions, bonuses, tips<br>❏ Operating a business | **$60,000.00** | ❏ Wages, commissions, bonuses, tips<br>❏ Operating a business | |
| **For last calendar year:**<br>(January 1 to December 31, **2025** )<br>YYYY | ☑ Wages, commissions, bonuses, tips<br>❏ Operating a business | **$157,204.15** | ❏ Wages, commissions, bonuses, tips<br>❏ Operating a business | |
| **For the calendar year before that:**<br>(January 1 to December 31, **2024** )<br>YYYY | ☑ Wages, commissions, bonuses, tips<br>❏ Operating a business | **$158,705.05** | ❏ Wages, commissions, bonuses, tips<br>❏ Operating a business | |

**5. Did you receive any other income during this year or the two previous calendar years?**

Include income regardless of whether that income is taxable. Examples of *other income* are alimony; child support; Social Security, unemployment, and other public benefit payments; pensions; rental income; interest; dividends; money collected from lawsuits; royalties; and gambling and lottery winnings. If you are filing a joint case and you have income that you received together, list it only once under Debtor 1.

❏ No

☑ Yes. Fill in the details.

| | Debtor 1 | | Debtor 2 | |
|---|---|---|---|---|
| | **Sources of income**<br>Describe below. | **Gross income from each source**<br>(before deductions and exclusions) | **Sources of income**<br>Describe below. | **Gross Income from each source**<br>(before deductions and exclusions) |
| **From January 1 of current year until the date you filed for bankruptcy:** | Child support | $5,475.00 | | |
| **For last calendar year:**<br>(January 1 to December 31, **2025** )<br>YYYY | Child Support | $13,140.00 | | |
| **For the calendar year before that:**<br>(January 1 to December 31, **2024** )<br>YYYY | Child Support | $13,140.00 | | |

| Debtor 1 | **Casie** | **Lorraine** | **Hall** | | Case number *(if known)* _____ |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

<div style="background:black;color:white">**Part 3:**</div> List Certain Payments You Made Before You Filed for Bankruptcy

**6. Are either Debtor 1's or Debtor 2's debts primarily consumer debts?**

☑ No.   **Neither Debtor 1 nor Debtor 2 has primarily consumer debts.** *Consumer debts* are defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."

During the 90 days before you filed for bankruptcy, did you pay any creditor a total of $8,575* or more?

☐ No. Go to line 7.

☑ Yes.   List below each creditor to whom you paid a total of $8,575* or more in one or more payments and the total amount you paid that creditor. Do not include payments for domestic support obligations, such as child support and alimony. Also, do not include payments to an attorney for this bankruptcy case.

\* Subject to adjustment on 4/01/28 and every 3 years after that for cases filed on or after the date of adjustment.

☐ Yes.   **Debtor 1 or Debtor 2 or both have primarily consumer debts.**

During the 90 days before you filed for bankruptcy, did you pay any creditor a total of $600 or more?

☐ No. Go to line 7.

☐ Yes.   List below each creditor to whom you paid a total of $600 or more and the total amount you paid that creditor. Do not include payments for domestic support obligations, such as child support and alimony. Also, do not include payments to an attorney for this bankruptcy case.

| | Dates of payment | Total amount paid | Amount you still owe | Was this payment for… |
|---|---|---|---|---|
| **Wells Fargo**<br>Creditor's Name<br><br>_____<br>Number    Street<br><br>_____<br>City        State    ZIP Code | **05/26/2026** | **$8,924.57** | **$9,738.54** | ☐ Mortgage<br>☐ Car<br>☑ Credit card<br>☐ Loan repayment<br>☐ Suppliers or vendors<br>☐ Other _____ |

**7. Within 1 year before you filed for bankruptcy, did you make a payment on a debt you owed anyone who was an insider?**
*Insiders* include your relatives; any general partners; relatives of any general partners; partnerships of which you are a general partner; corporations of which you are an officer, director, person in control, or owner of 20% or more of their voting securities; and any managing agent, including one for a business you operate as a sole proprietor. 11 U.S.C. § 101. Include payments for domestic support obligations, such as child support and alimony.

☑ No

☐ Yes. List all payments to an insider.

| | Dates of payment | Total amount paid | Amount you still owe | Reason for this payment |
|---|---|---|---|---|
| _____<br>Insider's Name<br><br>_____<br>Number    Street<br><br>_____<br>City        State    ZIP Code | | | | |

Debtor 1  **Casie**        **Lorraine**        **Hall**
　　　　　First Name　　　Middle Name　　　Last Name

Case number *(if known)* _____

**8. Within 1 year before you filed for bankruptcy, did you make any payments or transfer any property on account of a debt that benefited an insider?**
Include payments on debts guaranteed or cosigned by an insider.

☐ No

☑ Yes. List all payments that benefited an insider.

| | Dates of payment | Total amount paid | Amount you still owe | Reason for this payment<br>Include creditor's name |
|---|---|---|---|---|
| **Non-filing spouse**<br>Insider's Name<br><br>Number　Street<br><br>City　　State　ZIP Code | **Monthly** | **$29,531.00** | **Unknown** | **Pittsboro mortgage** |
| **Non-filing spouse**<br>Insider's Name<br><br>Number　Street<br><br>City　　State　ZIP Code | **Monthly** | **$4,873.16** | **Unknown** | **Duke Energy** |
| **Non-filing spouse**<br>Insider's Name<br><br>Number　Street<br><br>City　　State　ZIP Code | **Monthly** | **$17,208.00** | **Unknown** | **Car payment** |
| **Non-filing spouse**<br>Insider's Name<br><br>Number　Street<br><br>City　　State　ZIP Code | **monthly** | **$22,222.40** | **Uknown** | **Chase credit card** |
| **Non-filing spouse**<br>Insider's Name<br><br>Number　Street<br><br>City　　State　ZIP Code | **monthly** | **$7,282.90** | **Unknown** | **Amex card** |

Debtor 1    **Casie**       **Lorraine**       **Hall**            Case number *(if known)* _____

       First Name        Middle Name        Last Name

**Part 4:** Identify Legal Actions, Repossessions, and Foreclosures

**9. Within 1 year before you filed for bankruptcy, were you a party in any lawsuit, court action, or administrative proceeding?**
List all such matters, including personal injury cases, small claims actions, divorces, collection suits, paternity actions, support or custody modifications, and contract disputes.

❏ No

☑ Yes. Fill in the details.

| | | Nature of the case | Court or agency | Status of the case |
|---|---|---|---|---|
| Case title | **Truist Bank v. Casie Lorraine Hall** | **Civil Action** | **Wake County Superior Court** <br> Court Name <br><br> Number    Street <br><br> City    State    ZIP Code | ☑ Pending <br> ❏ On appeal <br> ❏ Concluded |
| Case number | **26CV013620-910** | | | |
| Case title | **Kapitus Servicing Inc. v. Casie Lorraine Hall** | **Civil Action** | **Henrico County VA** <br> Court Name <br><br> Number    Street <br><br> City    State    ZIP Code | ☑ Pending <br> ❏ On appeal <br> ❏ Concluded |
| Case number | **CL26002392-00** | | | |
| Case title | **AKF Inc dba Fundkite v. Casie Lorraine Hall** | **Arbitration** | **Civil Arbitration** <br> Court Name <br><br> Number    Street <br><br> City    State    ZIP Code | ❏ Pending <br> ❏ On appeal <br> ☑ Concluded |
| Case number | **MCA Claim No.: 46624/2026** | | | |

**10. Within 1 year before you filed for bankruptcy, was any of your property repossessed, foreclosed, garnished, attached, seized, or levied?**
Check all that apply and fill in the details below.

☑ No. Go to line 11.

❏ Yes. Fill in the information below.

| | Describe the property | Date | Value of the property |
|---|---|---|---|
| _____ <br> Creditor's Name <br><br> _____ <br> Number    Street <br><br> _____ <br><br> _____ <br> City    State    ZIP Code | | _____ | _____ |
| | **Explain what happened** | | |
| | ❏ Property was repossessed. <br> ❏ Property was foreclosed. <br> ❏ Property was garnished. <br> ❏ Property was attached, seized, or levied. | | |

Debtor 1 **Casie** **Lorraine** **Hall**
First Name   Middle Name   Last Name

Case number *(if known)* _____

**11. Within 90 days before you filed for bankruptcy, did any creditor, including a bank or financial institution, set off any amounts from your accounts or refuse to make a payment because you owed a debt?**

☑ No

☐ Yes. Fill in the details.

| | Describe the action the creditor took | Date action was taken | Amount |
|---|---|---|---|
| _____ Creditor's Name | | _____ | _____ |
| _____ Number   Street | | | |
| _____ City   State   ZIP Code | Last 4 digits of account number: XXXX– __ __ __ __ | | |

**12. Within 1 year before you filed for bankruptcy, was any of your property in the possession of an assignee for the benefit of creditors, a court-appointed receiver, a custodian, or another official?**

☑ No

☐ Yes

### Part 5: List Certain Gifts and Contributions

**13. Within 2 years before you filed for bankruptcy, did you give any gifts with a total value of more than $600 per person?**

☑ No

☐ Yes. Fill in the details for each gift.

| Gifts with a total value of more than $600 per person | Describe the gifts | Dates you gave the gifts | Value |
|---|---|---|---|
| _____ Person to Whom You Gave the Gift | | _____ | _____ |
| _____ | | _____ | _____ |
| _____ Number   Street | | | |
| _____ City   State   ZIP Code | | | |
| Person's relationship to you _____ | | | |

**14. Within 2 years before you filed for bankruptcy, did you give any gifts or contributions with a total value of more than $600 to any charity?**

☑ No

☐ Yes. Fill in the details for each gift or contribution.

Official Form 107     Statement of Financial Affairs for Individuals Filing for Bankruptcy     page **6**

Debtor 1    **Casie          Lorraine          Hall**                          Case number *(if known)* _____

        First Name        Middle Name        Last Name

| Gifts or contributions to charities that total more than $600 | Describe what you contributed | Date you contributed | Value |
|---|---|---|---|
| _____ <br> Charity's Name | | _____ <br><br> _____ | _____ <br><br> _____ |
| _____ <br> Number       Street | | | |
| _____ <br> City          State    ZIP Code | | | |

## Part 6:  List Certain Losses

**15. Within 1 year before you filed for bankruptcy or since you filed for bankruptcy, did you lose anything because of theft, fire, other disaster, or gambling?**

☑ No

☐ Yes. Fill in the details.

| Describe the property you lost and how the loss occurred | Describe any insurance coverage for the loss <br><br> Include the amount that insurance has paid. List pending insurance claims on line 33 of *Schedule A/B: Property*. | Date of your loss | Value of property lost |
|---|---|---|---|
| | | _____ | _____ |

## Part 7:  List Certain Payments or Transfers

**16. Within 1 year before you filed for bankruptcy, did you or anyone else acting on your behalf pay or transfer any property to anyone you consulted about seeking bankruptcy or preparing a bankruptcy petition?**
Include any attorneys, bankruptcy petition preparers, or credit counseling agencies for services required in your bankruptcy.

☐ No

☑ Yes. Fill in the details.

| | Description and value of any property transferred | Date payment or transfer was made | Amount of payment |
|---|---|---|---|
| **Stevens Martin Vaughn & Tadych, PLLC** <br> Person Who Was Paid | **Attorney's Fee** | **04/13/2026** | **$5,000.00** |
| **2225 W Millbrook Road** <br> Number       Street | | | |
| **Raleigh, NC 27612** <br> City          State    ZIP Code | | | |
| _____ <br> Email or website address | | | |

Person Who Made the Payment, if Not You

Debtor 1    **Casie          Lorraine          Hall**
            First Name        Middle Name        Last Name

Case number *(if known)*

---

**17. Within 1 year before you filed for bankruptcy, did you or anyone else acting on your behalf pay or transfer any property to anyone who promised to help you deal with your creditors or to make payments to your creditors?**
Do not include any payment or transfer that you listed on line 16.

☑ No

❑ Yes. Fill in the details.

| | Description and value of any property transferred | Date payment or transfer was made | Amount of payment |
|---|---|---|---|
| Person Who Was Paid | | | |
| Number     Street | | | |
| City          State     ZIP Code | | | |

**18. Within 2 years before you filed for bankruptcy, did you sell, trade, or otherwise transfer any property to anyone, other than property transferred in the ordinary course of your business or financial affairs?**
Include both outright transfers and transfers made as security (such as the granting of a security interest or mortgage on your property).
Do not include gifts and transfers that you have already listed on this statement.

❑ No

☑ Yes. Fill in the details.

| | Description and value of property transferred | Describe any property or payments received or debts paid in exchange | Date transfer was made |
|---|---|---|---|
| **Theodore & Carolina Bilden**<br>Person Who Received Transfer<br><br>**1703 Allison Place**<br>Number     Street<br><br>**Nashville, TN 37203**<br>City          State     ZIP Code<br><br>Person's relationship to you<br>**N/A** | **5219 Knollwood Road**<br>**Raleigh, NC 27609** | **Received: $33,137.90**<br>**Proceeds used to pay regular bills including payment on Wells Fargo credit card in the amount of $8,924.57 & $3,650 rent payment** | **5/20/2026** |

**19. Within 10 years before you filed for bankruptcy, did you transfer any property to a self-settled trust or similar device of which you are a beneficiary?**
(These are often called *asset-protection devices.*)

☑ No

❑ Yes. Fill in the details.

| | Description and value of the property transferred | Date transfer was made |
|---|---|---|
| Name of trust | | |

---

Debtor 1    **Casie**      **Lorraine**      **Hall**                Case number *(if known)* _____

        First Name          Middle Name        Last Name

| Part 8: | List Certain Financial Accounts, Instruments, Safe Deposit Boxes, and Storage Units |
|---|---|

**20. Within 1 year before you filed for bankruptcy, were any financial accounts or instruments held in your name, or for your benefit, closed, sold, moved, or transferred?**

Include checking, savings, money market, or other financial accounts; certificates of deposit; shares in banks, credit unions, brokerage houses, pension funds, cooperatives, associations, and other financial institutions.

❑ No

☑ Yes. Fill in the details.

| | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|
| **Wells Fargo** <br> **Name of Financial Institution** <br><br> _____ <br> **Number  Street** <br><br> _____ <br> **City**    **State**  **ZIP Code** | XXXX– 1  8  4  9 | ☑ Checking <br> ❑ Savings <br> ❑ Money market <br> ❑ Brokerage <br> ❑ Other _____ | **4/30/2026** | **$0.00** |
| **Wells Fargo** <br> **Name of Financial Institution** <br><br> _____ <br> **Number  Street** <br><br> _____ <br> **City**    **State**  **ZIP Code** | XXXX– 9  5  3  0 | ❑ Checking <br> ☑ Savings <br> ❑ Money market <br> ❑ Brokerage <br> ❑ Other _____ | **4/30/2026** | **$0.00** |

**21. Do you now have, or did you have within 1 year before you filed for bankruptcy, any safe deposit box or other depository for securities, cash, or other valuables?**

☑ No

❑ Yes. Fill in the details.

| | Who else had access to it? | Describe the contents | Do you still have it? |
|---|---|---|---|
| _____ <br> **Name of Financial Institution** <br><br> _____ <br> **Number  Street** <br><br> _____ <br> **City**    **State**  **ZIP Code** | _____ <br> **Name** <br><br> _____ <br> **Number  Street** <br><br> _____ <br> **City**    **State**  **ZIP Code** | | ❑ No <br> ❑ Yes |

**22. Have you stored property in a storage unit or place other than your home within 1 year before you filed for bankruptcy?**

❑ No

☑ Yes. Fill in the details.

Debtor 1    **Casie**      **Lorraine**      **Hall**          Case number *(if known)*

First Name       Middle Name       Last Name

| | Who else has or had access to it? | Describe the contents | Do you still have it? |
|---|---|---|---|
| **Extra Attic Self Storage**<br>Name of Storage Facility<br><br>**900 Mindy Road**<br>Number   Street<br><br><br>**Apex, NC 27502**<br>City    State    ZIP Code | **Debtor & non-filing spouse**<br>Name<br><br><br>Number   Street<br><br><br>City      State   ZIP Code | **Household items, Christmas decor etc.** | ☑ No<br>☐ Yes |

---

## Part 9: Identify Property You Hold or Control for Someone Else

**23. Do you hold or control any property that someone else owns? Include any property you borrowed from, are storing for, or hold in trust for someone.**

☑ No

☐ Yes. Fill in the details.

| | Where is the property? | Describe the property | Value |
|---|---|---|---|
| Owner's Name<br><br>Number    Street<br><br>City      State    ZIP Code | Number    Street<br><br>City      State    ZIP Code | | |

---

## Part 10: Give Details About Environmental Information

**For the purpose of Part 10, the following definitions apply:**

- *Environmental law* means any federal, state, or local statute or regulation concerning pollution, contamination, releases of hazardous or toxic substances, wastes, or material into the air, land, soil, surface water, groundwater, or other medium, including statutes or regulations controlling the cleanup of these substances, wastes, or material.
- *Site* means any location, facility, or property as defined under any environmental law, whether you now own, operate, or utilize it or used to own, operate, or utilize it, including disposal sites.
- *Hazardous material* means anything an environmental law defines as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, contaminant, or similar term.

**Report all notices, releases, and proceedings that you know about, regardless of when they occurred.**

**24. Has any governmental unit notified you that you may be liable or potentially liable under or in violation of an environmental law?**

☑ No

☐ Yes. Fill in the details.

Official Form 107         **Statement of Financial Affairs for Individuals Filing for Bankruptcy**         page **10**

Debtor 1    **Casie**          **Lorraine**          **Hall**                               Case number *(if known)* _____

      First Name         Middle Name      Last Name

| Governmental unit | Environmental law, if you know it | Date of notice |
|---|---|---|
| | | |

**Name of site**  /  **Governmental unit**

**Number     Street**  /  **Number     Street**

/  **City          State     ZIP Code**

**City          State     ZIP Code**

**25. Have you notified any governmental unit of any release of hazardous material?**

☑ No

☐ Yes. Fill in the details.

| Governmental unit | Environmental law, if you know it | Date of notice |
|---|---|---|
| | | |

**Name of site**  /  **Governmental unit**

**Number     Street**  /  **Number     Street**

/  **City          State     ZIP Code**

**City          State     ZIP Code**

**26. Have you been a party in any judicial or administrative proceeding under any environmental law? Include settlements and orders.**

☑ No

☐ Yes. Fill in the details.

| | Court or agency | Nature of the case | Status of the case |
|---|---|---|---|
| **Case title** _____ | **Court Name** | | ☐ Pending<br>☐ On appeal<br>☐ Concluded |
| | **Number     Street** | | |
| **Case number** | **City          State     ZIP Code** | | |

Debtor 1   **Casie**          **Lorraine**          **Hall**                                     Case number *(if known)* _____

First Name          Middle Name          Last Name

| Part 11: | Give Details About Your Business or Connections to Any Business |

**27. Within 4 years before you filed for bankruptcy, did you own a business or have any of the following connections to any business?**

❑ A sole proprietor or self-employed in a trade, profession, or other activity, either full-time or part-time

☑ A member of a limited liability company (LLC) or limited liability partnership (LLP)

❑ A partner in a partnership

❑ An officer, director, or managing executive of a corporation

☑ An owner of at least 5% of the voting or equity securities of a corporation

❑ No. None of the above applies. Go to Part 12.

☑ Yes. Check all that apply above and fill in the details below for each business.

| **Three Oaks Behavioral Health & Wellness, PLLC**<br>Name | **Describe the nature of the business** | **Employer Identification number**<br>Do not include Social Security number or ITIN. |
|---|---|---|
| | | EIN:  8  2 – 3  4  3  0  1  9  1 |
| **3755 Benson Dr**<br>Number      Street | **Name of accountant or bookkeeper** | **Dates business existed** |
| | Thomas, Judy & Tucker, 4700 Falls of Neuse Rd., Ste. 400, Raleigh (2017-Present) | From   2017_____ To **Present___** |
| **Raleigh, NC 27609**<br>City              State      ZIP Code | | |

**28. Within 2 years before you filed for bankruptcy, did you give a financial statement to anyone about your business? Include all financial institutions, creditors, or other parties.**

❑ No

☑ Yes. Fill in the details below.

| | **Date issued** |
|---|---|
| **See Ch. 11 filing**<br>Name | _____<br>MM / DD / YYYY |
| _____<br>Number      Street | |
| _____<br>City              State      ZIP Code | |

Debtor 1   **Casie**      **Lorraine**      **Hall**

        First Name      Middle Name      Last Name

Case number *(if known)* _____

---

| Part 12: | Sign Below |
| --- | --- |

**I have read the answers on this *Statement of Financial Affairs* and any attachments, and I declare under penalty of perjury that the answers are true and correct. I understand that making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

**X** **/s/ Casie Lorraine Hall**

Signature of Casie Lorraine Hall, Debtor 1

Date **06/01/2026**

**Did you attach additional pages to your *Statement of Financial Affairs for Individuals Filing for Bankruptcy* (Official Form 107)?**

☑ No

☐ Yes

**Did you pay or agree to pay someone who is not an attorney to help you fill out bankruptcy forms?**

☑ No

☐ Yes. Name of person _____

Attach the *Bankruptcy Petition Preparer's Notice, Declaration, and Signature* (Official Form 119).

---

<table>
<tr><td colspan="4">Fill in this information to identify your case:</td></tr>
<tr><td>Debtor 1</td><td>**Casie**<br>First Name</td><td>**Lorraine**<br>Middle Name</td><td>**Hall**<br>Last Name</td></tr>
<tr><td>Debtor 2<br>(Spouse, if filing)</td><td>First Name</td><td>Middle Name</td><td>Last Name</td></tr>
<tr><td>United States Bankruptcy Court for the:</td><td colspan="3">**Eastern District of North Carolina**</td></tr>
<tr><td>Case number<br>(if known)</td><td colspan="3"></td></tr>
</table>

❏ Check if this is an amended filing

## Official Form 108

## Statement of Intention for Individuals Filing Under Chapter 7        **12/15**

**If you are an individual filing under chapter 7, you must fill out this form if:**

■ **creditors have claims secured by your property, or**

■ **you have leased personal property and the lease has not expired.**

**You must file this form with the court within 30 days after you file your bankruptcy petition or by the date set for the meeting of creditors, whichever is earlier, unless the court extends the time for cause. You must also send copies to the creditors and lessors you list on the form.**

**If two married people are filing together in a joint case, both are equally responsible for supplying correct information. Both debtors must sign and date the form.**

**Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known).**

| Part 1: | List Your Creditors Who Have Secured Claims |
| --- | --- |

1. **For any creditors that you listed in Part 1 of** *Schedule D: Creditors Who Have Claims Secured by Property* **(Official Form 106D), fill in the information below.**

| Identify the creditor and the property that is collateral | What do you intend to do with the property that secures a debt? | Did you claim the property as exempt on Schedule C? |
| --- | --- | --- |
| Creditor's name: **Coastal Federal Credit Union**<br><br>Description of property securing debt: **2025 Toyota Sienna** | ❏ Surrender the property.<br>❏ Retain the property and redeem it.<br>☑ Retain the property and enter into a *Reaffirmation Agreement.*<br>❏ Retain the property and [explain]: | ❏ No<br>☑ Yes |

Official Form 108        **Statement of Intention for Individuals Filing Under Chapter 7**        page 1

Debtor 1    **Casie**          **Lorraine**        **Hall**                                  Case number *(if known)* _____
       First Name       Middle Name       Last Name

| Part 2: | List Your Unexpired Personal Property Leases |

For any unexpired personal property lease that you listed in *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 106G), fill in the information below. **Do not list real estate leases.** *Unexpired leases* **are leases that are still in effect; the lease period has not yet ended. You may assume an unexpired personal property lease if the trustee does not assume it. 11 U.S.C. § 365(p)(2).**

| Describe your unexpired personal property leases | Will the lease be assumed? |
|---|---|
| Lessor's name: _____ <br><br> Description of leased property: | ❏ No <br> ❏ Yes |
| Lessor's name: _____ <br><br> Description of leased property: | ❏ No <br> ❏ Yes |
| Lessor's name: _____ <br><br> Description of leased property: | ❏ No <br> ❏ Yes |
| Lessor's name: _____ <br><br> Description of leased property: | ❏ No <br> ❏ Yes |
| Lessor's name: _____ <br><br> Description of leased property: | ❏ No <br> ❏ Yes |
| Lessor's name: _____ <br><br> Description of leased property: | ❏ No <br> ❏ Yes |
| Lessor's name: _____ <br><br> Description of leased property: | ❏ No <br> ❏ Yes |

| Part 3: | Sign Below |

**Under penalty of perjury, I declare that I have indicated my intention about any property of my estate that secures a debt and any personal property that is subject to an unexpired lease.**

**X** **/s/ Casie Lorraine Hall** _____
    Signature of Debtor 1

Date **06/01/2026** _____
      MM/  DD/  YYYY

Official Form 108          **Statement of Intention for Individuals Filing Under Chapter 7**                    page 2

B2030 (Form 2030) (12/25)

# United States Bankruptcy Court
### Eastern District of North Carolina

**In re**      Hall, Casie Lorraine

Case No. _____

**Debtor**                                                             Chapter _____**7**_____

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR

1.      Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

For legal services, I have agreed to accept ................................................................................  **$5,000.00**

Prior to the filing of this statement I have received ....................................................................  **$5,000.00**

Balance Due ................................................................................................................................  **$0.00**

2.      The source of the compensation paid to me was:

☑ Debtor              ☐ Other (specify)

3.      The source of compensation to be paid to me is:

☑ Debtor              ☐ Other (specify)

4.      ☑   I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

☐   I have agreed to share the above-disclosed compensation with a other person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation, is attached.

5.      Subject to any applicable local rule or court order, in return for the above-disclosed fee, I have agreed to render legal service for the following aspects of the bankruptcy case, except as excluded in Section 6:

a.      Analysis of the debtor' s financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;

b.      Preparation and filing of any petition, schedules, statements of affairs and plan which may be required;

c.      Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;

6.      By agreement with the debtor(s), the above-disclosed fee does not include the following services:

B2030 (Form 2030) (12/25)

<div style="border: 1px solid black; padding: 10px;">

CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

| **06/01/2026** | **/s/ William P. Janvier** |
|---|---|
| *Date* | William P. Janvier |
| | *Signature of Attorney* |

Bar Number: 21136
Stevens Martin Vaughn & Tadych, PLLC
2225 W Millbrook Road
Raleigh, NC 27612
Phone: (919) 582-2300

**Stevens Martin Vaughn & Tadych, PLLC**
*Name of law firm*

</div>

Fill in this information to identify your case:

Debtor 1        __Casie__        __Lorraine__        __Hall__
                First Name       Middle Name         Last Name

Debtor 2        _____
(Spouse, if filing)  First Name   Middle Name        Last Name

United States Bankruptcy Court for the:     __Eastern District of North Carolina__

Case number _____
(if known)

❑ Check if this is an amended filing

## Official Form 122A-1Supp

## Statement of Exemption from Presumption of Abuse Under § 707(b)(2)   **12/15**

File this supplement together with *Chapter 7 Statement of Your Current Monthly Income* (Official Form 122A-1), if you believe that you are exempted from a presumption of abuse. Be as complete and accurate as possible. If two married people are filing together, and any of the exclusions in this statement applies to only one of you, the other person should complete a separate Form 122A-1 if you believe that this is required by 11 U.S.C. § 707(b)(2)(C).

### Part 1:   Identify the Kind of Debts You Have

1. **Are your debts primarily consumer debts?** Consumer debts are defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose." Make sure that your answer is consistent with the answer you gave at line 16 of the *Voluntary Petition* (Official Form 101).

   ☑ No.  Go to Form 122A-1; on the top of page 1 of that form, check box 1, *There is no presumption of abuse*, and sign Part 3. Then submit this supplement with the signed Form 122A-1.

   ❑ Yes.  Go to Part 2.

### Part 2:   Determine Whether Military Service Provisions Apply to You

2. **Are you a disabled veteran** (as defined in 38 U.S.C. § 3741(1))**?**

   ❑ No.  Go to line 3.

   ❑ Yes.  Did you incur debts mostly while you were on active duty or while you were performing a homeland defense activity? 10 U.S.C. § 101(d)(1)); 32 U.S.C. § 901(1).

      ❑ No.  Go to line 3.

      ❑ Yes.  Go to Form 122A-1; on the top of page 1 of that form, check box 1, *There is no presumption of abuse*, and sign Part 3. Then submit this supplement with the signed Form 122A-1.

3. **Are you or have you been a Reservist or member of the National Guard?**

   ❑ No.  Complete Form 122A-1. Do not submit this supplement.

   ❑ Yes.  Were you called to active duty or did you perform a homeland defense activity? 10 U.S.C. § 101(d)(1); 32 U.S.C. § 901(1)

      ❑ No.  Complete Form 122A-1. Do not submit this supplement.

      ❑ Yes.  Check any one of the following categories that applies:

         ❑ **I was called to active duty after September 11, 2001,** for at least 90 days and remain on active duty.

         ❑ **I was called to active duty after September 11, 2001,** for at least 90 days and was released from active duty on _____, which is fewer than 540 days before I file this bankruptcy case.

         ❑ **I am performing a homeland defense activity for at least 90 days.**

         ❑ **I performed a homeland defense activity for at least 90 days,** ending on _____, which is fewer than 540 days before I file this bankruptcy case.

> If you checked one of the categories to the left, go to Form 122A-1. On the top of page 1 of Form 122A-1, check box 3, *The Means Test does not apply now*, and sign Part 3. Then submit this supplement with the signed Form 122A-1. You are not required to fill out the rest of Official Form 122A-1 during the exclusion period. The *exclusion period* means the time you are on active duty or are performing a homeland defense activity, and for 540 days afterward. 11 U.S.C. § 707(b)(2)(D)(ii).
>
> If your exclusion period ends before your case is closed, you may have to file an amended form later

Fill in this information to identify your case:

Debtor 1      __Casie__      __Lorraine__      __Hall__

           First Name       Middle Name      Last Name

Debtor 2

(Spouse, if filing)      First Name       Middle Name      Last Name

United States Bankruptcy Court for the:     **Eastern District of North Carolina**

Case number

(if known)

**Check one box only as directed in this form and in Form 122A-1Supp:**

☑ 1. There is no presumption of abuse.

☐ 2. The calculation to determine if a presumption of abuse applies will be made under *Chapter 7 Means Test Calculation* (Official Form 122A-2).

☐ 3. The Means Test does not apply now because of qualified military service but it could apply later.

☐ Check if this is an amended filing

## Official Form 122A-1

# Chapter 7 Statement of Your Current Monthly Income    12/19

**Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for being accurate. If more space is needed, attach a separate sheet to this form. Include the line number to which the additional information applies. On the top of any additional pages, write your name and case number (if known). If you believe that you are exempted from a presumption of abuse because you do not have primarily consumer debts or because of qualifying military service, complete and file *Statement of Exemption from Presumption of Abuse Under § 707(b)(2)* (Official Form 122A-1Supp) with this form.**

| Part 1: | Calculate Your Current Monthly Income |
| --- | --- |

1. **What is your marital and filing status?** Check one only.

   ☐ **Not married.** Fill out Column A, lines 2-11.

   ☐ **Married and your spouse is filing with you.** Fill out both Columns A and B, lines 2-11.

   ☐ **Married and your spouse is NOT filing with you. You and your spouse are:**

     ☐ **Living in the same household and are not legally separated.** Fill out both Column A and B, lines 2-11.

     ☐ **Living separately or are legally separated.** Fill out Column A, lines 2-11; do not fill out Column B. By checking this box, you declare under penalty of perjury that you and your spouse are legally separated under nonbankruptcy law that applies or that you and your spouse are living apart for reasons that do not include evading the Means Test requirements. 11 U.S.C. § 707(b)(7)(B).

**Fill in the average monthly income that you received from all sources, derived during the 6 full months before you file this bankruptcy case.** 11 U.S.C. § 101(10A). For example, if you are filing on September 15, the 6-month period would be March 1 through August 31. If the amount of your monthly income varied during the 6 months, add the income for all 6 months and divide the total by 6. Fill in the result. Do not include any income amount more than once. For example, if both spouses own the same rental property, put the income from that property in one column only. If you have nothing to report for any line, write $0 in the space.

| | Column A<br>Debtor 1 | Column B<br>Debtor 2 or<br>non-filing spouse |
| --- | --- | --- |
| 2. **Your gross wages, salary, tips, bonuses, overtime, and commissions** (before all payroll deductions). | _____ | _____ |
| 3. **Alimony and maintenance payments.** Do not include payments from a spouse if Column B is filled in. | _____ | _____ |
| 4. **All amounts from any source which are regularly paid for household expenses of you or your dependents, including child support.** Include regular contributions from an unmarried partner, members of your household, your dependents, parents, and roommates. Include regular contributions from a spouse only if Column B is not filled in. Do not include payments you listed on line 3. | _____ | _____ |

5. **Net income from operating a business, profession, or farm**

                                  Debtor 1       Debtor 2

   Gross receipts (before all deductions)     _____    _____

   Ordinary and necessary operating expenses   - _____   - _____

   Net monthly income from a business, profession, or farm   _____   _____   **Copy here →**    _____    _____

6. **Net income from rental and other real property**

                                    Debtor 1       Debtor 2

   Gross receipts (before all deductions)     _____    _____

   Ordinary and necessary operating expenses   - _____   - _____

   Net monthly income from rental or other real property   _____   _____   **Copy here →**    _____    _____

7. **Interest, dividends, and royalties**    _____    _____

---

Official Form 122A-1          **Chapter 7 Statement of Your Current Monthly Income**          page **1**

Debtor 1  **Casie**        **Lorraine**        **Hall**
                                                                        Case number *(if known)* _____
          First Name      Middle Name        Last Name

| | Column A<br>**Debtor 1** | Column B<br>**Debtor 2 or<br>non-filing spouse** |
|---|---|---|

8. **Unemployment compensation** _____ _____

Do not enter the amount if you contend that the amount received was a benefit under

the Social Security Act. Instead, list it here: ................................................. ↓

For you...................................................................... _____

For your spouse............................................................ _____

9. **Pension or retirement income.** Do not include any amount received that was a _____ _____
benefit under the Social Security Act. Also, except as stated in the next sentence,
do not include any compensation, pension, pay, annuity, or allowance paid by the
United States Government in connection with a disability, combat-related injury or
disability, or death of a member of the uniformed services. If you received any
retired pay paid under chapter 61 of title 10, then include that pay only to the extent
that it does not exceed the amount of retired pay to which you would otherwise be
entitled if retired under any provision of title 10 other than chapter 61 of that title.

10. **Income from all other sources not listed above.** Specify the source and amount.
Do not include any benefits received under the Social Security Act; payments
received as a victim of a war crime, a crime against humanity, or international or
domestic terrorism; or compensation, pension, pay, annuity, or allowance paid by
the United States Government in connection with a disability, combat-related
injury or disability, or death of a member of the uniformed services. If necessary,
list other sources on a separate page and put the total below.

_____    _____ _____

_____    _____ _____

Total amounts from separate pages, if any.    + _____  + _____

11. **Calculate your total current monthly income.** Add lines 2 through 10 for
each column. Then add the total for Column A to the total for Column B.

|  |  |  |
|---|---|---|
| _____ _____ | + _____ | = _____ |

**Total current
monthly income**

## Part 2:   Determine Whether the Means Test Applies to You

12. **Calculate your current monthly income for the year.** Follow these steps:

12a.  Copy your total current monthly income from line 11...................................................................... **Copy line 11 here →** _____

Multiply by 12 (the number of months in a year).                                                        **x 12**

12b.  The result is your annual income for this part of the form.                                  12b. _____

13. **Calculate the median family income that applies to you.** Follow these steps:

Fill in the state in which you live. _____

Fill in the number of people in your household. _____

Fill in the median family income for your state and size of household................................................................................................. 13. _____
To find a list of applicable median income amounts, go online using the link specified in the separate
instructions for this form. This list may also be available at the bankruptcy clerk's office.

14. **How do the lines compare?**

14a. ☐ Line 12b is less than or equal to line 13. On the top of page 1, check box 1, *There is no presumption of abuse.*
        Go to Part 3.

14b. ☐ Line 12b is more than line 13. On the top of page 1, check box 2, *The presumption of abuse is determined by Form 122A-2.*
        Go to Part 3 and fill out Form 122A–2.

Debtor 1    **Casie**      **Lorraine**      **Hall**      Case number *(if known)* _____

      First Name       Middle Name       Last Name

---

**Part 3:**   Sign Below

By signing here, I declare under penalty of perjury that the information on this statement and in any attachments is true and correct.

**X**   **/s/ Casie Lorraine Hall** _____

Signature of Debtor 1

Date   **06/01/2026** _____

     MM/   DD/   YYYY

If you checked line 14a, do NOT fill out or file Form 122A–2.

If you checked line 14b, fill out Form 122A–2 and file it with this form.

---

Official Form 122A-1          **Chapter 7 Statement of Your Current Monthly Income**          page **3**

**IN THE UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF NORTH CAROLINA**
**RALEIGH DIVISION**

IN RE: **Hall, Casie Lorraine**                                              CASE NO

                                                                            CHAPTER **7**


**VERIFICATION OF CREDITOR MATRIX**

The above named Debtor hereby verifies that the attached list of creditors is true and correct to the best of his/her knowledge.


Date ___**06/01/2026**___      Signature _____**/s/ Casie Lorraine Hall**_____

                                                    Casie Lorraine Hall, Debtor

44 Hillsboro LLC
Attn: Managing Agent
44 Hillsboro Street Suite E
Pittsboro, NC 27312


70 East Business Park LLC
Attn: Managing Agent
PO Box 1816
Garner, NC 27529


AFK Inc dba Fundkite
Attn: Managing Agent
40 Wall St Suite 2705
New York, NY 10005


AFK Inc dba FundKite
Attn: Managing Agent
2 S. Biscayne Blvd 23rd Fl
Miami, FL 33131


APA Ventures
Attn: Managing Agent
2000 Bearcat Way Ste. 102
Morrisville, NC 27560


Benson Road Holdings LLC
Attn: Managing Agent
500 Cardinal Drive
Raleigh, NC 27605


Coastal Federal Credit Union
Attn: Managing Agent
PO BOX 58429
Raleigh, NC 27658


Dataek Properties LLC
Attn: Managing Agent
8229 Zebulon Road
Youngsville, NC 27596

Dresser Court Properties, LLC
Attn: Managing Agent
2000 Bear Cat Way Ste 102
Morrisville, NC 27560


Henry H Sink Jr
3701 Holly Lane Apt 201
Raleigh, NC 27612


Internal Revenue Service
Attn: Managing Agent
PO Box Box 7346
Philadelphia, PA 19101-7346


Jacques A. El-Chayeb
3622 Shannon Road Suite 104
Durham, NC 27707


Kapitus Servicing Inc.
Attn: Managing Agent
120 W 45th St.
New York, NY 10036


Lafayette Whitlock Fischer
Hughes PLC
Attn: C. Daniel Waters
10160 Staples Mill Road Suite 105
Glen Allen, VA 23060

Lendero LLC
Attn: Managing Agent
1116 Main Street Ste A
Branford, CT 06405


Lyckan LLC
Attn: Managing Agent
3708 Lyckan Pkwy Ste 201
Durham, NC 27707

Mestechkin Law Group PC
Attn: Oleg Mestechkin
2218 Ocean Ave
Brooklyn, NY 11229


Mestechkin Law Group PC
Attn: Oleg Mestechkin
17 State Street 40th Floor
New York, NY 10004


NC Attorney General
Attn: Managing Agent
9001 Mail Service Center
Raleigh, NC 27699-9001


NC Department of Revenue
Attn: Managing Agent
PO Box 1168
Raleigh, NC 27602


North Carolina Office I, LP
Attn: Managing Agent
2900 Linden Lane Ste 300
Silver Spring, MD 20910


Parkview Advance LLC
Attn: Managing Agent
600 Summer Street
Stamford, CT 06901


Secretary of the
Commonwealth
Attn: Service of Process
PO Box 2452
Richmond, VA 23218

Sema E. Lederman, Attorney
at Law
Sema E. Lederman
PO Box 16996
Chapel Hill, NC 27516

Skylak Investments LLC
Attn: Managing Agent
204 Glenview Place
Chapel Hill, NC 27514


Stanley & Sue Crocker
Attn: Managing Agent
3204 Keighley Forest
Wake Forest, NC 27587


Stellar Capital LLC
Attn: Managing Agent
600 Summer Street Ste 204
Stamford, CT 06901


SV Center LLC
Attn: Managing Agent
400 Market Street Suite 115
Chapel Hill, NC 27516


Three Oaks Behavioral Health
& Wellness, PLLC
3755 Benson Dr
Raleigh, NC 27609


Transfer Development
Company LLC
Attn: Managing Agent/Jason Queen
213 Fayetteville St
Raleigh, NC 27601


Truist Bank
Attn: Managing Agent/Officer
PO Box 1847
Wilson, NC 27894-1847


US Attorney General (SBA)
Attn: Managing Agent
950 Pennsylvania Ave., NW
Washington, DC 20530

US Attorney's Office (ED)
Attn: Managing Agent
150 Fayetteville St. Ste. 2100
Raleigh, NC 27601

Wells Fargo Card
Attn: Managing Agent
PO BOX 393
Minneapolis, MN 55480

Whitman Investment
Properties, LLC
Attn: Managing Agent/Pete Mangum
PO Box 127
Knightdale, NC 27545

Womble Bond Dickinson (US)
LLP
Attn: Charlie Livermon
555 Fayetteville St. Ste. 1100
Raleigh, NC 27601