**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF NORTH CAROLINA**
**RALEIGH DIVISION**

| | |
|---|---|
| **IN RE:** | **CHAPTER 7** |
| **CASIE LORRAINE HALL,** | **CASE NO. 26-02468-5-DWM** |
| **Debtor** | |

**RESPONSE TO TRUSTEE'S MOTION FOR TURNOVER OF PROPERTY OF THE ESTATE**

COMES NOW the Debtor, Casie Lorraine Hall (hereinafter "Debtor"), and responds to the Trustee's Motion for Turnover of Property of the Estate filed August 3, 2026 [Dkt. 22], and states that she has turned over the amount demanded by the Trustee.

Respectfully submitted, this 17th day of August, 2026.

**STEVENS MARTIN VAUGHN & TADYCH, PLLC**

s/ William P. Janvier
William P. Janvier
State Bar No. 21136
2225 W. Millbrook Rd.
Raleigh, NC 27612
Tel.: (919) 582-2300
Email: wjanvier@smvt.com

## CERTIFICATE OF SERVICE

The foregoing Debtor's **RESPONSE TO TRUSTEE'S MOTION FOR TURNOVER OF PROPERTY OF THE ESTATE** was served by mailing a copy, postage prepaid, deposited it in the United States Mail, enclosed in an envelope which was properly addressed to the persons and entities listed below:

| | |
|---|---|
| Brian Behr **(via CM/ECF)**<br>Bankruptcy Administrator, EDNC<br>434 Fayetteville Street, Suite 640<br>Raleigh, NC 27601 | Casie Lorraine Hall **(via CM/ECF)**<br>3748 Lassiter Mill Rd<br>Raleigh, NC 27609 |
| Kevin L. Sink **(via CM/ECF)**<br>Waldrep Wall Babcock & Bailey PLLC<br>3600 Glenwood Avenue<br>Suite 210<br>Raleigh, NC 27612 | Levi M. Bennett **(via US Mail)**<br>3748 Lassiter Mill Rd<br>Raleigh, NC 27609 |

All other parties registered to receive electronic service through the CM/ECF system.

Respectfully submitted, this 17th day of August, 2026.

**STEVENS MARTIN VAUGHN & TADYCH, PLLC**

s/ William P. Janvier
William P. Janvier
State Bar No. 21136
2225 W. Millbrook Rd.
Raleigh, NC 27612
Tel.: (919) 582-2300
Email: wjanvier@smvt.com